E-filing

RECEIVED 2007 NOV 2 RICHARD W. WIEKING CLERK U.S. DISTRICT COURT NO. DIST. OF CA. S.J.

FILED 07 DEC -4 PM 2:40 RICHARD W. WIEKING CLERK U.S. DISTRICT COURT NO. DIST. OF CALIFORNIA

**COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C §§ 1983**

Name GODINEZ PEDRO T.G.C
(Last) (First) (Initial)

Prisoner Number 03031558 → DTL957

Institutional Address 885 N SAN PEDRO STREET
SAN JOSE CALIFORNIA 95110

---

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

PEDRO GODINEZ CHAVEZ
(Enter the full name of plaintiff in this action)

vs.

FEDERAL BUREAU OF INVESTIGATIONS, AGENCY UNITED STATE GOVERNMENT, ALL SPECIAL AGENTS & OPERATIVES, SECRET INTELL-NEURO UNIVERSAL TECHNOLOGY, GOVERNMENT CLASSIFIED TECH.
(Enter the full name of the defendant(s) in this action))

Case No. CV 07 6135
(To be provided by the clerk of court)

RMW (PR)

**COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C §§ 1983**

***[All questions on this complaint form must be answered in order for your action to proceed..]***

I. Exhaustion of Administrative Remedies

[**Note:** You must exhaust your administrative remedies before your claim can go forward. The court will dismiss any unexhausted claims.]

A. Place of present confinement SANTA CLARA COUNTY JAIL, DEPARTMENT OF CORRECTIONS

B. Is there a grievance procedure in this institution?

YES (X) NO ( ) ANY AND ALL GRIEVANCES THAT I HAVE FILED ON THIS DEPARTMENT OF CORRECTIONS JAIL, ARE ALL BASED ON THIS COMPLAINT THAT I AM SUBMITTING TO THE U.S. COURT.

C. Did you present the facts in your complaint for review through the grievance procedure? YES AND THE INTERNAL AFFAIR, ADMINISTRATION OFFICIALS, ALL CONTRADICTED THEMSELVES ON THIS TRUE COMPLAINT. I HAVE THESE OFFICIALS INPUT TO THIS TRUE COMPLAINT IN WRITING !!

YES (X) NO ( )

D. If your answer is YES, list the appeal number and the date and result of the THE CHIEF OF JAIL MR FLORES AND THE CAPTAIN AND LT FISHER ARE GOOD IN DENIEDING ME, THE REGULAR GRIEVANCE PROCEDURE INVESTIGATION, IN WHICH I HAVE ALWAYS BEEN REQUESTING IT. SEE GRIEVANCE FORM LOG NO. 65?? AND 65571 SPECIALLY. ITS SIGNED BY THE WITNESS OFFICER T. GONZALES #?153... IF WHAT I WROTE, ON THIS COMPLAINT GRIEVANCE FORM, WASENT TRUE. THESE OFFICER, GONZALES WOULD NOT CORRECT IT.

appeal at each level of review. If you did not pursue a certain level of appeal, explain why.

1. Informal appeal SANTA CLARA COUNTY JAIL GRIEVANCES LOG NUMBERS. 65353. 65571. 66110. 70880. 71006. 71217. (1) (2) (3) (4) (5) (6)

2. First formal level

3. Second formal level

4 Third formal level I BROUGHTED ALL THIS TRUE ACTIVE COMPLAINT TO THIS DEPARTMENT INTERNAL AFFAIRS, OFFICIALS, THEY ALL CONTRADICTED THEMSELVE'S ON THEIR OWN LETTERS TO ME, THEY ADVISED TO REPORT THIS MATTER TO THE COURT.

E. Is the last level to which you appealed the highest level of appeal available to you?

YES (X) NO ( )

F. If you did not present your claim for review through the grievance procedure, explain why.

II. Parties

A. Write your name and your present address. Do the same for additional plaintiffs, if any.

PEDRO GODINEZ CHAVEZ, 03031558 → DTL957
SANTA CLARA CO. DEPARTMENT OF CORRECTIONS.
885. N SAN PEDRO STREET, SAN JOSE CALIF. 95110.

B. Write the full name of each defendant, his or her official position, and his or her

place of employment.

F.B.I SPECIAL AGENTS, BRYANT RICHARDSON, ERIC LAMOE AND F.B.I SPECIAL PRIVATE INVESTIGATOR, AGENT SUSAN..

FEDERAL BUREAU OF INVESTIGATIONS AGENCY.

950 SOUTH BASCOM AVENUE, SAN JOSE CALIFORNIA, 95128

(408) 294-7630.

III.

Statement of Claim

State here as briefly as possible the facts of your case. Be sure to describe how each defendant is involved and to include dates, when possible. Do not give any legal arguments or cite any cases or statutes. If you have more than one claim, each claim should be set forth in a separate numbered paragraph. SINCE 1999, I WAS WORKING AS A C.W. WITH THE STATE GOVERNMENT SPECIAL POLICE OFFICER, ANTHONY MAGDALE, FROM THE WATSONVILLE POLICE DEPARTMENT, (831) 901-8999 AND ALL THE REST OF THE SANTA CRUZ COUNTY, NARCOTICS DIVISION, SPECIAL POLICE AND SHERIFF'S OFFICIALS, AND THE FEDERAL BUREAU OF INVESTIGATIONS, F.B.I SPECIAL AGENTS, BRYANT RICHARDSON & ERIC LAMOE AND THE F.B.I SPECIAL PRIVATE INVESTIGATORS.. AGENT SUSAN.. AND ALL AGENCY SPECIAL AGENTS. I WORKED WITH THESE GOVERNMENT SPECIAL OFFICIALS, AND MANY STATE AND FEDERAL CASES, AS A C.W.. ON 07-21-2001 WHILE WE WERE ALL CONDUCTING A SECRET SURVEILLANCE INVESTIGATION, ON THE SUBJECTS THAT WE WERE INVESTIGATING, WHILE THESE FAMILYS, MORENO AND MAGANAS WERE HAVING A PARTY EVENT "BAUTISM AND QUINCENERA", AT THE VETERANS HALL, ON BEACH STREET, WATSONVILLE, CA, 95076.. AT APPROX 18:HOURS SAME DAY 07-21-01... THE F.B.I SPECIAL AGENT ERIC LAMOE, ISSUE ME THE F.B.I AGENCY SECRET COUT CAMERA PAGER RECORDER, TO RECORD THIS EVENT SECRETLY. ABOUT 9:PM AN ALTERCATION OCCURRED INSIDE THIS EVENT, THIS PROBLEM WAS TAKENED OUTSIDE TO THIS EVENT PARKING AREA, BY THE INDIVIDUALS INVOLVED. I WAS INVOLVED IN THIS ALTERCATION TOO, OUTSIDE IN THE PARKING AREA. I KICKED AND PUNCHED THESE MALE, SEVERAL TIMES WITHOUT SAYING A WORD BECAUSE I HAD THE GOVERNMENT RECORDER ON ME, I CHASED THESE MALE TWO BLOCKS, AWAY FROM THIS EVENT, WHERE I CAUGHT UP WITH HIM, AND PUNCHED HIM IN THE FACE, AND PUT A FOUR INCH POCKET KNIFE, BLADE IN HIS STOMACH, I LEFT THESE MALE ON THE SIDE WALK, KNOCKED OUT, AND WENT BACK TO THE EVENT, AS I GOT TO THE PARKING AREA OF THIS EVENT, I REALICED I HAD BLOOD ALL OVER MY CLOTHS, SHIRT, PANTS AND BOOTS, I WALKED TWO AND HALF BLOCKS, AWAY FROM THIS EVENT, TO MY FAMILY'S HOUSE WHERE I QUICKLY CHANGED MY SHIRT AND CLEANED MY BOOTS AND PANTS A LITTLE, I LEFT THE BLOODIE SHIRT BEHIND AND THE POCKET KNIFE, AT MY FAMILY'S HOUSE, I QUICKLY WENT BACK TO THIS EVENT WALKING AS FAST AS I COULD, I NEVER WENT BACK INSIDE THIS EVENT BECAUSE MY PANTS WERE FULL OF BLOOD STILL, WITHIN 20 MINUTES AFTER I LEFT THE MALE KNOCKED OUT ON THE SIDE WALK, THE F.B.I AGENT LAMOE CALLED ME, AT MY GOVERNMENT ISSUE CELL PHONE, AND TOLD ME TO MEET HIM, IN FIVE MINUTES, A BLOCK AND HALF AWAY FROM THIS EVENT, AGENT LAMOE TOLD ME THAT THE AREA WAS HOT, THAT WE HAD TO DISAPPEAR FROM THIS AREA, I MEET AGENT LAMOE WHERE HE ORDERED ME TO MEET HIM, AGENT LAMOE GAVE ME A RIDE TO MY APARTMENT IN GILROY, CA, 40 MINUTES AWAY FROM THIS EVENT. I DEBRIEFED TO AGENT LAMOE, ALL THAT HAD OCCURRED AT THIS EVENT AND MY INVOLVEMENT IN THIS ALTERCATION, I GAVE AGENT LAMOE THE AGENCY.

IV. Relief

Your complaint cannot go forward unless you request specific relief. State briefly exactly what you want the court to do for you. Make no legal arguments; cite no cases or statutes.

(CONTINUE FROM PAGE 3) PAGE ONE

SECRET PAGER CAMERA RECORDER, AND AGENT LAMOE GAVE IT ME BACK, [illegible] [illegible]ED ME OFF, ACROSS THE STREET FROM MY APARTMENT, AND LEFT THE AREA, I CALLED A NIGHT.. WITHIN 48 HOURS, 07-23-01 APPROX 18:HOURS, I MEET THE F.B.I SPECIAL AGENTS, ERIC LAMOE & BRYANT RICHARDSON AND THE SPECIAL POLICE OFFICER ANTHONY MAGDALE, AT A SECRET OFFICE THESE GOVT SPECIAL OFFICIALS HAD IN GILROY, CA. I DEBRIEFED ALL THAT HAD OCCURRED AT THIS EVENT AND MY INVOLVEMENT IN THIS HOMICIDE, I THOUGHT THAT I WAS GOING TO BE ARRESTED, SINCE I'M THE ONE THAT KILLED THAT MALE. AT THE END OF THIS MEETING THE AGENT RICHARDSON WARNED ME TO BE VERY CAREFUL ABOUT THIS CRIME BECAUSE IT COULD BACK FIRED ON US ALL, TO BE VERY CAREFUL. THAT I NEEDED TO BE SUPERVISED AT ALL TIMES I CAME INCONTACT WITH ANY OF THE SUBJECTS, THAT WE WERE INVESTIGATING !! AGENT RICHARDSON TOLD ME, THAT I MISSED SOMETHING ON THIS CRIME, AND THAT MY RECORDINGS ON THIS CRIME WERE NOT GOING TO BE USED IN COURT, BECAUSE IT COULD BACK FIRED ON US.. WITHIN DAYS, I WAS ASSIGNED TO THE F.B.I AGENCY, SPECIAL PRIVATE INVESTIGATORS, C.I.A... THE AGENT LAMOE ASSIGNED ME TO THEIR F.B.I SPECIAL PRIVATE INVESTIGATORS, THE AGENCY, ALL AGENTS APPROVED AND VOTED ME IN. FROM A C.W. I WAS RECRUITED AS A C.I.A. ACTIVE OPERATIVE SPY, WITH THE F.B.I AGENCY, ALL SPECIAL AGENTS, SECRET SERVICE AGENTS AND C.I.A OPERATIVES, SECRET UNITED STATES GOVERNMENT, DOMESTIC HUMAN SPECIAL SPYING "INTELL-IGENCE TECHNOLOGY, NEURO UNIVERSAL MICROSYSTEM, TECHNOLOGY THAT IS SECRETLY IMPLANTED IN ALL HUMAN'S BODY NERVES.. THE F.B.I SPECIAL PRIVATE INVESTIGATOR, AGENT SUSAN, ADVISED ME THAT I HAD TO WORK WITH THEIR INTELL TECHNOLOGY, TO FULLY COVER UP THE HOMICIDE THAT I COMMITTED ON 07-21-01, BECAUSE BEING A C.I.A OPERATIVE SPY, IF THE SUPERIOR COURT, PROSECUTING THIS HOMICIDE CASE ON ESTEBAN MORENO PANTOJA, 7_6 WASHINGTON ST, WATSONVILLE CA, 95076 (831) 763-1085, WOULD SUBPOENA ME, MY IDENTITY COULD NOT BE DISCLOSED, BECAUSE OF THIS SECRET NEURO UNIVERSAL TECHNOLOGY, IN MY BODY. ITS CLASSIFIED, THE AGENT SUSAN ADVISED ME THAT ALL THE OFFICIALS I WAS WORKING WITH, WERE ALL SPECIAL OFFICIALS, ALL C.I.A. UNDERCOVER LIKE HER, AND THAT NONE OF THEM, HAD TO TESTIFY IN NO CASE, IF THEY DIDN'T WANTED TOO. THAT SHE HAD FIXED THE COURT TRANSCRIPTS AND THE RECORDINGS BECAUSE I HAD DONE A MESS. THESE AGENTS ALL EDUCATED ME WITH THEIR TOP SECRET INTELL TECHNOLOGY, AND THE C.I.A. MOLE MARINE CODES ALL THEIR, CENTRALICED INTERNALIZE COMMUNICATION; SPECIAL FORCES SIGNALS; SECRET GOVT INTERNAL NEURO NERVES CENTRAL COMMUNICATION. I AM FRANKLY DISCLOSING ALL THE INTELL TECHNOLOGY, NEURO UNIVERSAL MICROSYSTEM, SOLAR RECHARGEABLE GOVERNMENT CLASSIFIED TECHNOLOGY, BECAUSE I WILL NEVER AGAIN WORK WITH THIS EVIL TECHNOLOGY.) !!!... FROM 07-21-2001 AFTER THE HOMICIDE, I CONTINUE WORKING WITH THE GOVERNMENT, AND THEIR SECRET SPECIAL NEURO TECHNOLOGY, I QUIT WORKING WITH THE GOVT. DUE TO SEXUAL HARRASSMENT AND THREATS, BY THE AGENTS. AND THE SPECIAL SHERIFF OFFICER, ALEXS AND THE AGENT SUSAN, SPECIALLY / MY UNCLE JESUS VALENCIA CHAVEZ, 149 GRANT STREET, WATSONVILLE, CA. 95076. (831) 728-0250. NEXT DAY AFTER THE HOMICIDE THAT I COMMITTED, MY UNCLE DISPOSED THE BLOODY SHIRT, I LEFT IN HIS HOUSE, WITH THE BLOOD OF THE DEAD PERSON, AT HIS JOB - SAN JOSE BAY ONE ON ONE, CASINO. THE F.B.I SPECIAL PRIVATE INVESTIGATORS, PICK UP MY SHIRT, FROM WHERE MY UNCLE THROW IT OWAY. MY UNCLE WAS INTERVIEWED BY THE AGENT LAMOE, ON THIS ISSUE, MY UNCLE WAS SCARED, MY UNCLE TOLD ME, TO BE CAREFUL BECAUSE THE F.B.I WAS LOOKING FOR THE OWNER OF THE SHIRT, MY UNCLE DID NOT KNOW, MY ASSOCIATION WITH THESE AGENTS. THE AGENT SUSAN CONFIRMED TO ME THIS INTERVIEW AND TOLD ME THAT AGENT LAMOE HAD SCARED MY UNCLE. THE AGENTS AND AGENT SUSAN, USED THAT BLOODY SHIRT AGAINST ME WITH THREATS IN REGARDS TO MY UNCLES FREEDOM AND HEALTH, SINCE THROUGH THIS NEUROTECHNOLOGY. ALL HUMANS CAN BE TERRIBLY MANIPULATED AND DISTURBED, FROM THEIR DAILY LIFE ACTIVITIES. I QUIT WORKING WITH THESE AGENTS BECAUSE I FELT LIKE I WAS BEING BLACK MAILED BY THESE AGENTS, THE AGENT SUSAN HAD BAD INTENTIONS TOWARD ME, SHE ACTUALLY THOUGHT THAT I WAS GOING TO BE PART OF HER, SHE WANTED ME TO MARRIED HER.! I VERY POLITELY TOLD HER TO PLEASE STOP SEXUAL HARRASSING ME, IT WE WERE GOING TO CONTINUE WORKING TOGETHER, AND TO PLEASE TREAT THE INTELL NEUROTECHNOLOGY WITH RESPECT.! SHE GAVE IT ME SO MUCH, DRAMA THAT I QUIT.! I NEVER IN MY LIFE ASSOCIATE WITH FEMALES LIKE HER, BECAUSE I KNOW HOW SLOPPY THEY ARE ! I KNOW HER TYPE.. BIG MOUTH FARROW WHORE !! MY LAST PAID CHECK FROM THE F.B.I WAS ON 09-10-2002. I QUIT. I LET HER KNOW TO CHARGED ME WITH THE HOMICIDE OR LEAVE ME ALONE". THE F.B.I AGENCY, TECH, WAS TURNED OFF FROM MY HEARING AND BODY NERVES. I LEFT THE AREA AND CALIFORNIA, I WENT TO MEXICO TO GET OWAY FROM THESE WORTHLESS CORRUPTED FARROW OF PIGS AGENTS.! UNTIL 11-30-2002 WHEN THE AGENT SUSAN TURNED ON, THE NEURO TECHNOLOGY COMMUNICATION BACK ON MY HEARING NERVES, AND STARTED THREATENING ME WITH DEATH THREATS, AND TELLING ME THAT IF I DIDN'T COME BACK IMMEDIATELY BACK TO CALIFORNIA THE THEY WERE GOING TO SEND THE AREA K.G.B. AGENTS TO KILLED ME.! I TOLD HER TO GO AHEAD AND DO IT, BECAUSE SHE AND THE REST OF THE PIGS, KNEW MY FEAR, TO TEST ME AGAIN.. BUT TO DO IT RIGHT!! I LET THESE AGENTS KNOW, TO SUCK DICK !. THE AGENT SUSAN AND HER PARTNERS WARNED ME THAT THEY WERE GOING TO MAKE MY LIFE IMPOSSIBLE TO LIVE." FOR THE NEXT 31 DAYS, 24 HOURS DAILY EVERY SECOND THE AGENCY PROGRAMMED MY HEARING NERVES, TO THEIR AGENCY MANIPULATION C.I.A PROGRAM, WHERE ALL I HEAR. ITS MANIPULATED. AND THE COMMUNICATIONS ARE CHANGED TO THE AGENCY, CHILDEST STUPIDITY COMMUNICATIONS, AND WHEN I AM TRYING TO GET SOME REST, SLEEP MY HEARING NERVES ARE PROGRAMMED TO THEIR COMMUNICATIONS, THE SOONEST I FALL SLEEP. THE AGENTS, PROGRAMMED THEIR SPECIAL AFFECTS, MOVIES INTO MY SEEING NERVES, THATS THE WAY I BEEN LIVING ALL THIS YEARS. (EVEN AS I'M WRITING, THE AGENT SUSAN IS THREATENING"!... ON 12-31-2002 I CROSSED THE U.S BORDER WITH C.I.A MOLE CODES, NO IDENTIFICATION DRIVING MY CAR, BECAUSE THE AGENT SUSAN, TOLD ME THAT I WAS FINALLY GOING TO GET CHARGED, FOR THE MURDER THAT I PROUDLY COMMITTED." I DROVE UP NORTH FOR FIVE HOURS, THE AGENT SUSAN AT ALL TIMES WAS COMMUNICATING WITH ME, THROUGH THE C.I.A NEUROTECHNOLOGY. IN VENTURA CA, SHE TOLD ME TO EXIT IN THE NEXT THREE MILES, AT THE WEIGHT STATION, THAT THE C.H.P OFFICERS, WERE GOING TO FINALLY ARRESTED ME, FOR THE MURDER. I EXIT THE FREEWAY AT THIS WEIGHT STATION, THE C.H.P OFFICERS WERE COMMUNICATING WITH THE AGENT SUSAN, THE SAME WAY AGENT SUSAN WAS COMMUNICATING WITH ME, THROUGH THE SPECIAL FORCES SIGNALS. I COULD HEAR THE SAME COMMUNICATIONS, AS THESE C.H.P OFFICERS. AS THEY WERE WRITING DOWN MY INFORMATION, SINCE THE C.H.P OFFICERS, COULD NOT FIND MY IDENTIFICATION INFORMATION IN THEIR CENTRAL

COMPUTER. THESE C.H.P OFFICERS DAILY IMPOUNDED MY CAR. THE C.H.P OFFICERS GAVE ME A RIDE TO THE NEXT EXIT OFF THE FREEWAY, IN THE NEXT SIX MONTHS, 24 HOURS DAILY, EVERY SECOND, THE F.B.I AGENCY, ALL AGENTS WERE TAKING TURNS PLAYING WITH MY HEARING NERVES, WITH THEIR CHILDEST COMMUNICATION.. I WAS LIVING LIKE THAT, DAILY UNTIL THE DAY I WAS ARRESTED ON 06-15-2003, ON THIS STATE CRIMINAL CASE NO FF302126. I'M GLAD THAT I WAS ARRESTED THIS WAY, WE CAN CORRECT OUR PROBLEMS AND THE MURDER CONSPIRACY, AND ALL CORRUPTION THAT YOU ALL COMMITTED!! I AFTER I KILLED THAT MEN, I LET YOU ALL KNOW, THAT I KILLED THAT MEN! I'M NOT AFRAID OF PRISON OR TIME!. I LET THESE FARROW OF PIGS KNOW THAT I WOULD TAKE FULL RESPONSIBILITY OF MY CRIME !! ALL THESE OFFICIALS HATED THE MAGANA AND MORENO FAMILY, SPECIALLY ESTEBAN MORENO PANTOJA, DAYS BEFORE THIS EVENT TOOKED PLACE, THE F.B.I AGENT BRYANT RICHARDSON, TOLD ME, TO SLAPPED ESTEBAN MORENO PANTOJA FOR THEM, AND THAT THEY WOULD ALL TURNED AROUND IF I DID THAT FOR THEM.. THAT WAS THE EXCUSED OF THE F.B.I AGENCY, ALL AGENTS, AGENT SUSAN TOLD ME, BEFORE THEY ALL EDUCATED ME WITH THE GOVERNMENT SECRET NEUROTECHNOLOGY, THAT THIS ERROR WAS AGENTS RICHARDSON FOR HIM TELLING ME TO DO THAT FOR THEM.! I DID NOT DO WHAT AGENT RICHARDSON REQUESTED FROM ME.! BUT SOMETHING WORSER HAPPENED! AND THESE OFFICIALS, FRAMED ESTEBAN MORENO PANTOJA WITH THE HOMICIDE THAT I COMMITTED.. I NEVER APROVED ON THIS HOMICIDE CONSPIRACY, THATS WHY I LET THESE SPECIAL OFFICIALS KNOW, THAT I WILL TAKE FULL RESPONSIBILITY ON MY CRIME ( WHILE THE SANTA CRUZ COUNTY SUPERIOR COURT WAS PROSECUTING THIS HOMICIDE CASE ON ESTEBAN MORENO PANTOJA I ASKED THE F.B.I SPECIAL AGENT ERIC LAMOE, "WHO IS THE DISTRICT ATTORNEY PROSECUTING THIS HOMICIDE CASE, ON ESTEBAN MORENO (".. THE AGENT LAMOE TOLD ME THAT IT WAS THE DISTRICT ATTORNEY CHRISTINE MCGUIRE, I WANTED TO KNOW WHO WAS THE DISTRICT ATTORNEY PROSECUTING THIS HOMICIDE CASE, BECAUSE I NEVER FELT, FROM THE BEGINNING RIGHT ABOUT THIS HOMICIDE, AND ABOUT AN INNOCENT PERSON BEING FRAMED FOR A HOMICIDE THAT HE DID NOT COMMITTED.! I WAS GOING TO REPORT THIS MURDER CONSPIRACY TO THE DISTRICT ATTORNEY, BECAUSE I HAVE THE MURDER WEAPON, UNDER MY FAMILY'S BASEMENT, TILL THIS DATE, 10-31-07. AND BECAUSE I KNOW THE LAW.! A HOMICIDE, THIS CRIME DOES NOT HAVE A TIME FRAME THAT EXPIRES WITHIN THE COLOR OF LAW. I BEEN IN THE SANTA CLARA COUNTY JAIL, SINCE 06-15-2003 AND EVERY DAY, OF THIS OVER FOUR YEARS IN CUSTODY THE F.B.I AGENCY HAVE BEEN USING AGAINST ME THEIR AGENCY GOVT NEUROTECHNOLOGY AGAINST ME, EVERY SECOND OF THIS 4 1/2 YEARS THE AGENCY HAVE BEEN MANIPULATING ME THROUGH ALL MY THINKING, ALL MY HEARING, INVADING MY PRIVACY, INFLICTING EMOTIONAL DISTRESS, SLEEP DEPRIVING ME, AND TORTURING ME, WITH ALL THIS INTERNALIZE COMMUNICATION AND IONIZE HIGH AND LOW FREQUENCY SIGNALS ASSAULTING MY BODY ALL NERVES DAILY, ON PURPOSED WHILE THE AGENTS ARE THREATENING ME AND TRYING TO DISORIENT ME, WITH ALL THEIR IONIZE INTERNAL COMMUNICATION THAT GOES STRAIGHT INTO MY HEARING AND BRAIN ALL NERVES, THIS GOVT SPECIAL NEUROTECHNOLOGY, ITS A NERVES, SECRET TECHNOLOGY, THAT THIS SPECIAL OFFICIALS WORK WITH, AND USED FOR MANY CLASSIFIED GOVERNMENT SECRET MATTERS,. THE MOST DISRESPECTFUL PART OF THIS CRUEL UNUSUAL DISTURBING PUNISHMENT, THAT THESE SPECIAL OFFICIALS ON PURPOSED ARE INFLICTING ON ME, IS THAT EVERY TIME I GO TO COURT AND I'M INSIDE THE COURT, I CANT HEAR THE JUDGE OR DISTRICT ATTORNEY, OR MY ATTORNEY, WHAT THEY ARE TALKING ABOUT, THE F.B.I AGENCY, AGENTS ARE BLOCKING MY HEARING NERVES WITH THEIR COMMUNICATION AND MANIPULATING WHAT THE JUDGE AND ALL THE COURT PERSONNEL ARE TALKING ABOUT.! THE AGENTS TELL ME, THAT THEY ARE MAFIA.. FOR ME THOSE WORDS ARE FOR DUMMIES. DELUSIONAL WORDS, THATS THE AGENT SUSAN, SPECIALLY FAVORITE WORDS. SINCE 06-15-2003 I BEEN ASKING THE COURT FOR A JURY TRIAL ON THIS CRIMINAL STATE CASE NO FF302126. THAT THE SUPERIOR COURT SINCE 2003 HAVE BEEN REFUSING TO ISSUE ME.! THE UNITED STATES CONSTITUTION CLEARLY GUARANTEES ME, AND ALL PEOPLE THAT RIGHT.. I WANT A JURY TRIAL BECAUSE I NEED TO TELL THE JURY WHAT THESE OFFICIALS ARE INFLICTING ON ME, ALL THIS PAIN AND SUFFERING IS UNCONSTITUTIONAL, AND I CAN EASILY PROVED THIS ILEGAL MATTER, THROUGH THE ESTEBAN MORENO PANTOJA HOMICIDE CASE OR THROUGH THE ESTEBAN MORENO PANTOJA, FEDERAL, DRUG CASE. THE DRUG CASE WAS ACCOMPLISHED ABOUT 7-TO 8 MONTHS BEFORE, THE HOMICIDE CASE, WHY WAS THE DRUG BUY RECORDINGS USED AGAINST ESTEBAN M. PANTOJA AND THE HOMICIDE RECORDINGS WEREN'T ?! IF MY JOB WAS TO RECORD THESE INDIVIDUAL SINCE 2000 TO THE DATE OF THE HOMICIDE 07-21-01.. I HAVE MANY MORE OTHER CASES TOO, AS REFERENCES..! BUT THIS CASE SHOULD BE ENOUGH TO PROVED ALL THIS ACTIVE GOVERNMENT CORRUPTION! THE AMERICA, UNITED STATES CONSTITUTION, FOLLOWING AMENDMENTS ARE VIOLATED, ON THIS STATE GOVERNMENT, CRIMINAL CASE NO. FF 302126, THAT THE SUPERIOR COURT OF SANTA CLARA COUNTY HAVE BEEN REFUSING TO ISSUE ME, MY ENTITLE DUE PROCESS RIGHTS, TO A JURY TRIAL SINCE 06-15-2003 TO THIS VERY DATE 10-31-2007, BECAUSE OF ME HAVING THE F.B.I AGENCY, ALL SPECIAL GOVERNMENT OFFICIALS, SECRET NEUROTECHNOLOGY ACTIVE ON MY BODY 24 HOURS DAILY, THE COURT TRIED TO LAVEL ME AS A MENTAL PERSON, FOR SAYING THE TRUTH OF THIS ACTIVE GOVERNMENT CORRUPTION VIOLATION.! BUT THE COURT DOCTORS DONT! THEY ALL KNOW THAT THERES AN ERROR OF CORRUPTION ON THIS MATTER.

**Amendments to the Constitution of the United States of America**

Articles in addition to, and amendment of, the Constitution of the United States of America, proposed by Congress, and ratified by the several states, pursuant to the Fifth Article of the original Constitution

**Amendment V**

No person shall be held to answer for a capital, or otherwise infamous crime, unless on a presentment or indictment of a Grand Jury, except in cases arising in the land or naval forces, or in the Militia, when in actual service in time of War or public danger; nor shall any person be subject for the same offence to be twice put in jeopardy of life or limb; nor shall be compelled in any criminal case to be a witness against himself, nor be deprived of life, liberty, or property, without due process of law; nor shall private property be taken for public use, without just compensation.

**Amendment VI**

In all criminal prosecutions, the accused shall enjoy the right to a speedy and public trial, by an impartial jury of the State and district wherein the crime shall have been committed, which district shall have been previously ascertained by law, and to be informed of the nature and cause of the accusation; to be confronted with the witnesses against him; to have compulsory process for obtaining witnesses in his favor, and to have the Assistance of Counsel for his defence.

**Amendment VIII**

Excessive bail shall not be required, nor excessive fines imposed, nor cruel and unusual punishments inflicted.

**Amendment IX**

The enumeration in the Constitution, of certain rights, shall not be construed to deny or disparage others retained by the people.

**Amendment XIV.**

Section. 1. All persons born or naturalized in the United States and subject to the jurisdiction thereof, are citizens of the United States and of the State wherein they reside. No State shall make or enforce any law which shall abridge the privileges or immunities of citizens of the United States; nor shall any State deprive any person of life, liberty, or property, without due process of law; nor deny to any person within its jurisdiction the equal protection of the laws.

**Section 9.**

The Migration or Importation of such Persons as any of the States now existing shall think proper to admit, shall not be prohibited by the Congress prior to the Year one thousand eight hundred and eight, but a Tax or duty may be imposed on such Importation, not exceeding ten dollars for each Person.

The Privilege of the Writ of Habeas Corpus shall not be suspended, unless when in Cases or Rebellion or Invasion the public Safety may require it.

THE CONSTITUTION CLEARLY STATES THAT AS THE HUMAN THAT I AM! I AM ENTITLE TO THIS RIGHTS!... I AM EXTREMELY VIOLATED AND DEPRIVED FROM LIFE AND JUSTICE, THROUGH THIS CRUEL UNUSUAL DISTURBING, ON PURPOSED INFLICTED PUNISHMENT... ON THE ABOVE DATE 08-31-2003 THE F.B.I SPECIAL AGENT, ERIC LAMOE, VISITED ME AT THE FACILITY OF ELMWOOD M-3-C UNIT, WITH HIS PARTNER, AND TOLD ME, TO FORGET ABOUT THE AGENT SUSAN, AND HER ISSUE WITH ME, THAT HE HAD READ THE POLICE REPORT ON THIS CASE, NO FF 302126 AND THAT THEY WERE GOING TO CLEAR ME OUT OF THIS CHARGES. BUT FOR ME TO FORGET ABOUT THE AGENT SUSAN AND HER ISSUE WITH ME, AGENT LAMOE TOLD ME THAT HE WAS GOING TO FORGET, ABOUT THE BLACK MAILING LETTERS THAT I WROTE TO THE [illegible] AND [illegible] FAMILY, AND ABOUT THE MURDER TOO!! I TOLD AGENT LAMOE THAT EVEN IF THEY DID THAT, THAT I WAS NEVER GOING TO WORK WITH THEM AGAIN! OR THEIR GOVERNMENT INTELL, NEUROTECHNOLOGY, I TOLD AGENT LAMOE TO TURN IT OFF, MY BODY, BECAUSE THERE WAS AN ACTIVE VIOLATION! AGENT LAMOE TOLD ME, THAT HE WAS GOING TO COME BACK WITHIN TWO WEEKS, TO SEE ME, BUT HE NEVER DID, AND THE AGENT LAMOE AND ALL THE F.B.I ALL AGENTS, HAVE BEEN TAKING TURNS WITH THEIR STUPIDITY OF CENTRALICE INTERNALIZE COMMUNICATION, THEY BEEN TAKING TURNS 24 HOURS DAILY CRUELLY ASSAULTING MY BODY ALL NERVES AND SPECIALLY MY HEARING AND SEEING NERVES, HAVE BEEN CRUELLY ABUSED EVERY SECOND OF THIS 4 1/2 YEARS THAT I BEEN INSIDE THIS DEPARTMENT OF CORRECTIONS. I HAVE RECEIVED MANY, SPECIAL AGENTS, AND SECRET SERVICE AGENTS, EVEN SPECIAL DETECTIVES VISITS, HERE AT THE JAIL, IN WHICH I HAVE REFUSED ALL VISITS.! ON THE BEGINNING OF 2004, I REPORTED ALL THIS MATTER TO THE DISTRICT ATTORNEY'S OFFICE, FROM SANTA CLARA COUNTY. AND I REPORTED ALL THIS MATTER TOO, TO THE SANTA CRUZ COUNTY DISTRICT ATTORNEY CHRISTINE MCGUIRE MANY TIMES, I WROTE THESE DISTRICT ATTORNEY.! ON JULY/13/2005 THESE DISTRICT ATTORNEY CHRISTINE MCGUIRE, FILED ON ME, A SUPERIOR COURT RESTRAINING ORDER AGAINST ME, CASE NO CV-151999, WITHOUT FILLING CHARGES (THAT SMELLS LIKE CORRUPTION TO ME, I'M BEING VICTIMIZED BY THE F.B.I AGENCY, NEUROTECHNOLOGY, IN MY BODY, DAILY, AND NOW THESE DISTRICT ATTORNEY CHRISTINE MCGUIRE FILES A COURT RESTRAINING ORDER ON ME. THATS FUNNY) !! ON 06-11-2005 I WAS REMOVED FROM THE GENERAL JAIL POPULATION, FROM BEING A TRUSTEE, TO THE JAIL SEGREGATED UNITS, FOR COMPLAINING TO THE RESPONSIBLE ADMINISTRATIONS, OF THIS CRUEL PUNISHMENT THESE SPECIAL OFFICIALS ARE INFLICTING ON ME DAILY THROUGH THE GOVT NEURO TECHNOLOGY I HAVE IN MY BODY NERVES. TO THIS DATE 10-31-2007 I AM STILL ON THE SEGREGATED UNIT, WITH NO INFRACTIONS OR JAIL WRITE UPS, OR BEEN SEEING BY THE JAIL CLASSIFICATION STAFF, THIS PAST 2 1/2 YEARS. ON 05-15-06 THE JAIL CLASSIFICATION SERGEANT NAVARETTE #563 LIE TO THE UNIT OFFICERS, THAT HE WANTED TO SPEAK WITH ME, AND SET ME UP WITH THE F.B.I SPECIAL AGENTS, SUPERVISORS, I HAD A VERBAL ALTERCATION WITH THESE AGENTS! BECAUSE THIS IS AN ILEGAL VISIT! ITS REPORTED THROUGH JAIL GRIEVANCES, THE CHIEF OF JAIL EDWARD C. FLORES, AND HIS INTERNAL AFFAIRS, OFFICIALS ARE ALL CONTRADICTED, IN WRITING ON THIS WHOLE MESS, THESE SPECIAL OFFICIALS DONE WITH ME, ALL THIS YEARS! I HAVE THIS CONTRADICTIONS ON WRITING.... FINALLY ON 10-05-2007 THE DISTRICT ATTORNEY'S OFFICE, CHARGED ME WITH THE COURT RESTRAINING ORDER OF DISTRICT ATTORNEY CHRISTINE MCGUIRE, CASE NO CC-782723... SINCE I KNOW THE LAW AND THE CORRUPTION THAT I'M IN, I KNOW THAT THE COURT WILL NEVER GIVE ME A JURY TRIAL ON THIS SERIOUS MATTER!! I AM VIOLATED! AND I DONT SEE WHY, THE F.B.I AGENCY, DOSENT TURNED OFF, THE NEURO TECHNOLOGY, ALL COMMUNICATION AND 24 HOURS DAILY MANIPULATION THAT THEY ALL ARE INFLICTING ON ME 24 HOURS DAILY, I WILL NEVER WORK WITH THESE SPECIAL OFFICIALS EVER AGAIN! OR THEIR GOVERNMENT SPECIAL SPYING INTELL-IGENCE, NEURO UNIVERSAL TECHNOLOGY! ITS BEEN FIVE YEARS OF STRAIGHT 24 HOURS DAILY CRUEL PUNISHMENT, THAT THESE SPECIAL OFFICIALS INFLICTED AND ARE INFLICTING ON ME, AS I'M WRITING THIS PAPER, THROUGH THIS NEUROTECHNOLOGY ON ME BODY. I'M ASKING FOR JUSTICE, THIS ISSUE EVENTUALLY IT HAS TO BE OFFICIALLY RESOLVED, I'M ASKING THE U.S DISTRICT COURT, TO ISSUE ME JUSTICE, IMMEDIATELY AND I'M ENTITLE TO COURT APPOINTED COUNSEL TOO!! I CAN'T GET HELP FROM MY FAMILY, BECAUSE MY FAMILY ARE ALL SCARED, BECAUSE THE SECRET SERVICE AGENTS, WENT TO INTERVIEW ALL MY FAMILY, AND MY FAMILY MEMBERS ARE AWARE, OF WHAT THE F.B.I AGENTS, AND THE LOCAL STATE GOVERNMENT, SPECIAL OFFICERS, MURDER CONSPIRACY, ALL MY FAMILY ARE AWARE OF THIS MURDER CONSPIRACY! AND MY FAMILY KNOW THAT I KILLED THAT MALE ON 07-21-2001. ALL MY FAMILY MEMBERS ARE BEING MANIPULATED TOO, SECRETLY THROUGH THIS SPECIAL GOVERNMENT NEUROTECHNOLOGY,

THESE SPECIAL OFFICIALS, HAVE THREATENED ME WITH MY FAMILY MEMBERS LIFES, LIVE AND THEIR HEALTH! I FRANKLY TELL THESE LAMES, FARROW OF OFFICIALS, TO KILLED THEM ALL, SINCE THEY ARE GOOD FOR DOING THAT! THROUGH THIS GOVERNMENT SECRET NEURO NERVES TECHNOLOGY ~ I KNOW ALL THEIR DIRTY WORK! WHAT THESE SPECIAL OFFICIALS DONE TO ME ALL THIS YEARS, THROUGH THIS NEURO TECHNOLOGY IN MY BODY, ANOTHER HUMAN BEING, WOULDNT HAVE LIVE THIS LONG I GO TO SLEEP WITH MY HEARING NERVES PROGRAMMED, TO THESE SPECIAL OFFICIALS, CHILDEST GAMES. AND THREATS, I WAKE UP TO THE SAME PROGRAM, I'M SLEEP WITH THE SAME PROGRAM, THESE OFFICIALS GOALS WAS FOR ME, TO EITHER KILL MYSELF OR TO GO CRAZY AND HURT AN INNOCENT HUMAN HERE IN JAIL... BUT THEY DID NOT SUCCEEDED AND WILL NEVER WILL!! I NEED THE FEDERAL U.S. DISTRICT COURT, JUDGE TO ISSUE ME JUSTICE ON THIS SERIOUS MATTER NOW! I WANT THE GOVERNMENT SECRET SPECIAL SPYING INTELL-NEURO UNIVERSAL TECHNOLOGY OFF, !! MY BODY NERVES IMMEDIATELY! AND I WANT JUSTICE ON THIS MATTER, IF I DONT GET JUSTICE, I WILL MAKE JUSTICE WITH MY OWN HANDS, THE SOONEST I'M RELEASED, THE PATROLLING OFFICERS, WILL GET SNIPE, BY ME, I WILL KILLED OFFICIALS THE SOONEST I'M FREE, I DONT MIND SITTING IN DEATH ROW FOR THE REST OF MY LIFE! I'M WILLING TO DIE, FOR MY LIFE RIGHTS./ I REALLY DONT CARE ABOUT MY FREEDOM AT THE PRESENT TIME, OR LIFE, BECAUSE THIS NEURO TECHNOLOGY IN MY BODY HAS DESTROYED MY LIFE FOR EVER!! THE ONLY THING I CARE ABOUT IS JUSTICE, ONE WAY OR THE OTHER! I AM A MEN OF ONE WORD "NO" MEANS NO !... THESE SPECIAL OFFICIALS ARE FULL OF MISTAKES! THEY ARE OUT OF CONTROL, THEY DONT KNOW HOW TO TREAT THIS GOVT CLASSIFIED NEURO TECHNOLOGY WITH RESPECT". THESE SPECIAL OFFICIALS WILL TARGET ANY PERSON, JUST BECAUSE THEY GET JEALOUS OF PEOPLE! VOICES ARE FOR IDIOTS THAT DONT HAVE THE COMMON SENSE OF CENTRAL COMMUNICATIONS... THE ONLY IDIOTS ON THIS MATTER, IS THESE FARROW OF AGENTS AND SPECIAL OFFICIALS, THAT DONT KNOW HOW TO DO, A GOOD JOB, WITHOUT CORRUPTION!... YES I KILLED THAT MALE ON 07-21-01 SO WHAT ?!! FROM THE BEGINNING, I SAID I WILL TAKE FULL RESPONSIBILY OF MY CRIME THROUGH THE JUSTICE SYSTEM! NOW THESE OFFICIALS, CREATED A PERSONAL AND VERY UNPROFESSIONAL PROBLEM WITH ME! THAT IT WILL NOT BE RESOLVED BETWEEN US! IT NEEDS JUDGMENT ORDER !! I WILL SHARRED THIS WHOLE MATTER, WITH THE JAIL CLASSIFICATIONS, WITH THE SUPERIOR COURT JUDGE, HANDLING THIS NEW CASE NO CC-782723, THAT ITS BASED ON THIS WHOLE MATTER... THIS MATTER IS A LAWSUIT!! ITS A GUARANTEED LAWSUIT!...

PEDRO GODINEZ CHAVEZ
03031558 → DTL957
[signature]

I DONT SEE ANY COMMON SENSE, ON WHY? SHOULD THE F.B.I AGENCY, ALL SPECIAL AGENTS AND GOVT OPERATIVE SECRET, UNITED STATES GOVERNMENT INTELL, NEURO TECHNOLOGY, SHOULD BE ACTIVE ON MY BODY NERVES, 24 HOURS DAILY, JUST AS A CRUEL DISTURBING MANIPULATION!! WHEN THIS GOVT NEURO TECH, VIOLATES MY CONSTITUTIONAL DUE PROCESS RIGHTS, ON THIS STATE GOVT CRIMINAL CASE NO FF 302126.. THESE SPECIAL OFFICIALS, TOOK ADVANTAGE OF THIS SITUATION WHIT ME, BECAUSE MOST OF THESE OFFICERS AND COURT PERSONNEL, ARE ALL NORMAL PEOPLE! STUPID PEOPLE, TO THE GOVT SPECIAL OFFICIALS NEURO TECH, THAT'S WHAT THESE SPECIAL OFFICIALS CALLED, ALL THESE NORMAL PEOPLE, WITHOUT THE KNOWLEDGE, OF WHAT INTERNAL AFFAIRS, ADMINISTRATIONS, SECRET NEURO TECHNOLOGY, OR HOW THE INTERNAL AFFAIRS ADMINISTRATIONS, CONDUCT AN INTERNAL AFFAIRS INVESTIGATION, ON THEIR OWN OFFICIALS!! NONE OF THESE NORMAL OFFICER, ARE AWARE THAT THEY HAVE A GOVT SECRET IMPLANTED NEURO UNIVERSAL SOLAR RECHARGEABLE, NANO NEURO UNIVERSAL MICRO SYSTEM, IN THEIR BODY NERVES... I'M BY FORCED A C I A OPERATIVE SPY..! BY FORCED! NEVER MY CHOICE, BY FORCED. BY THE F.B.I AGENCY. 950 S. BASCOM AVENUE, SAN JOSE CA, 95128 F.B.I SPECIAL AGENT ERIC KNOE, AND THE REST OF THE FARROW BUREAU OF INVESTIGATION, SPECIAL GOVT OFFICIALS SECRET NEURO TECHNOLOGY....

I WANT THE U.S. DISTRICT COURT JUDGE, TO EITHER ASSIGNED THIS MATTER TO A SPECIAL JUDGE, OR SPECIAL UNITED STATES ATTORNEY... I NEED THE JUDGE TO ORDER THE F.B.I. AGENCY, TO TURN OFF, THEIR GOVT SECRET NEUROTECH, AND FULL COMMUNICATION OFF MY HEARING NERVES.. " I AM ENTITLE TO COURT ORDER, OF RELIEF AND DAMAGES FOR ALL THE CRUEL PUNISHMENT THESE OFFICIALS, HAVE AND ARE INFLICTING ON ME ". I'M FRANKLY ASKING FOR JUSTICE !..

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 31 day of OCTOBER, 2007

Pedro Cordero Chan

(Plaintiff's signature)



# COUNTY OF SANTA CRUZ

OFFICE OF THE COUNTY COUNSEL
701 OCEAN STREET, SUITE 505, SANTA CRUZ, CA 95060-4068
(831) 454-2040 FAX: (831) 454-2115

DANA MCRAE, COUNTY COUNSEL

*Chief Assistant*
**Rahn Garcia**

*Assistants*
**Harry A. Oberhelman III**
**Samuel Torres, Jr.**
**Marie Costa**
**Jane M. Scott**
**Tamyra Rice**
**Pamela Fyfe**
**Julia Hill**
**Shannon M. Sullivan**
**Miriam L. Stombler**
**Jason M. Heath**
**Christopher R. Cheleden**

*Special Counsel*
**Dwight L. Herr**
**Deborah Steen**

August 1, 2005

Peter Chavez Godinez
DTL 957
Bkg 04060611 4C31
885 N. San Pedro Street
San Jose, CA 95110

RE: County of Santa Cruz v Peter Chavez Godinez
Santa Cruz County Superior Court CV 151991

Dear Mr. Godinez:

I represent the County of Santa Cruz in its Petition for a workplace restraining order on behalf of Assistant District Attorney Christine McGuire. This petition was filed because of the threatening tone of your recent letters towards Ms. McGuire. The Judge in Dept. 6 continued the hearing on the petition to August 18, 2005, at 8:30 am, because there had no response from you using the form provided.

Your letters to the Ms. McGuire and the Superior Court refer to the prosecution of Esteban Pantoja on homicide charges. As was stated in the petition, Ms. McGuire was not the prosecuting attorney who handled that case. Your letters have been forwarded to the prosecuting attorney for review. Ms. McGuire has no control of what action if any will be recommended in that case. If you do not want to contest this petition, you may file the enclosed response form and indicate you consent to the order.

I am enclosing another copy of the Response to Petition should you care to file a response. Thank-you.

Very Truly yours,

DANA McRAE, COUNTY COUNSEL

By /Harry A. Oberhelman III
HARRY A. OBERHELMAN, III
Assistant County Counsel

/HAO
Enclosure (1)
Cc Tim Fukai, Esq. A7193

S:\csl013\WPDOCS\GENERAL\godinezletter.doc

(MAIN JAIL CENTRAL COMMANDER) ITEM 2

COPY

Main Jail [X] North / South [ ]  
North County Jail [ ]

SANTA CLARA COUNTY DEPARTMENT OF CORRECTION
**INMATE GRIEVANCE FORM**

5922 Elmwood [ ] CCW [ ] WRC [ ]

"No I'm not delusional or having hallucinations"!

| INMATE'S NAME: PETER CHAVEZ GODINEZ | BOOKING NUMBER: DTL 957 04060611 | HOUSING UNIT: 8C13 |
|---|---|---|

DETAILS OF GRIEVANCE. PRINT! BE SPECIFIC!: I been in custody since 06-15-2003. On the above date 08-31-2003 Approx 9:30 AM on the Facility of Elmwood M-3-C, I received a visit from Special Agent Eric Lamoe F.B.I (408) 535-4646. and on the above date 02-24-2005 Approx 10:30 hour unit officer Shipman cam to my cell and advise me that I have a visit, and that there was two higher ranking officers that wanted to speak with me, officer Shipman escorted me to this visit, to my surprise this two agents were secret service agents. The reason why I'm writing this complaint, is because in the future or near future I will highly appreciate if the central main jail computer can select this types of visits for my own protection!!! This types of visits can go through my attorney. I am a professional person that's the reason why I didn't disrespected this secret agents, in the future I don't want this visits surprises, I get enough of harrassment with the science intell sp. C.I.A special forces signals daily basics. !!!!!

WHAT SOLUTION ARE YOU RECOMMENDING?: No higher Government officials visits!" Please, "NO"

Your Signature: Peter Chavez Date: 02/25/05 Time: 13:40 AM/PM

(Do NOT write below this line. Use additional sheets if necessary)

Visits, but I don't want to see their faces

***

Received from Inmate on:
Day: FRIDAY Date: 02/25/05 Time: 1445 Officer: [illegible] #2402 Team: B

RESPONDING OFFICER'S STATEMENT (Please print): YOU MAY REFUSE ANY/ALL VISITS AND INTERVIEWS IN THE FUTURE (PER SGT. LE)

[ ] Resolved [X] Refer to Level II

Officer's Name: SHIPMAN #1964 Team: D Date: 3/2/05

***

SUPERVISOR'S ACTION: YOU HAVE THE RIGHT TO DENY A VISIT OR INTERVIEW. WE DON'T SCREEN VISITOR FOR INMATES.

[X] Resolved [ ] Refer to Level III

Supervisor's Name: [signature] 2022 Team: D Date: 3/2/05

***

SHIFT LIEUTENANT REVIEW: [ ] Concur [ ] Reversed

SIGNATURE: ______ Date: __/__/__ Time: ______

***

SUPPORT SERVICE RESPONSE: Unit Assigned: Team D Date Assigned: 2/28/05
Date Due: 3/14/05

Response by: ______ Title: ______ Date: __/__/__ Time: ______

***

FACILITY COMMANDER/DESIGNEE REVIEW: [X] Concur [ ] Reversed

SIGNATURE: LX0873 Date: 3/3/05 Time: 0907

***

RESPONSE RETURNED TO INMATE: Date: 3/3/05 Time: 900 AM By: [signature]

Distribution: White-Administration Canary-Inmate (Final Disposition) Pink-Inmate (Initial Receipt)

ITEM 3

**County of Santa Clara**

Department of Correction

180 West Hedding Street
San Jose, California 95110-1772
(408) 299-4005 FAX 288-8271

Edward C. Flores
Chief of Correction

March 7, 2005

Mr. Peter Chavez, #04060611
Main Jail Facility
885 North San Pedro Street
San Jose, CA 95110

SUBJECT: Your letter dated March 1, 2005

Dear Mr. Chavez:

This correspondence comes in response to your letter dated March 1, 2005, regarding visits and your grievance.

I will refer your letter to Captain T. Wong, Main Jail Commander. I am always concerned when any person feels there is a situation/problem here in our facility. I am confident Captain Wong will have someone look into your concerns.

Sincerely yours,

Edward C. Flores
Chief of Correction

ECF:pl

cc: Captain T. Wong, Main Jail Commander
Internal Affairs

Board of Supervisors: Donald F. Gage, Blanca Alvarado, Pete McHugh, James T. Beall, Jr., Liz Kniss
County Executive: Peter Kutras, Jr.



ITEM 4

County of Santa Clara
Department of Correction

180 West Hedding Street
San Jose, California 95110-1772
(408) 299-4005 FAX 288-8271

Edward C. Flores
Chief of Correction

March 9, 2005

Mr. Peter Chavez, Booking #04060611
C/o Department of Correction
885 North San Pedro Street
San Jose, CA 95110

Subject: Your Letter Dated March 1, 2005

Dear Mr. Chavez:

I am in receipt of your letter dated March 3, 2005, regarding refusing visitation at the Main Jail and your grievance.

You have the right to refuse any visit. You may exercise that right if Agent Worthy visits you. Attached is a copy of your grievance.

Thank you for bringing this matter to our attention.

Sincerely,

233

Lieutenant Janet Fischer, CJM
Assistant Division Commander

JF:ba

cc: Edward C. Flores, Chief of Correction
Captain Toby Wong, Main Jail Commander

Board of Supervisors: Donald F. Gage, Blanca Alvarado, Pete McHugh, James T. Beall, Jr., Liz Kniss
County Executive: Peter Kutras, Jr.

Main Jail [X] Main Jail South [ ] North County Jail [ ]

**SANTA CLARA COUNTY DEPARTMENT OF CORRECTION**

**INMATE GRIEVANCE FORM**

0406061[illegible] #71217

Elmwood [ ] CCW [ ] WRC [ ]

| INMATE'S NAME: FELIX CHAVEZ GODINEZ | BOOKING NUMBER: LTL957 [illegible]1558 | HOUSING UNIT: 4C2 → Room #17 |
|---|---|---|

**DETAILS OF GRIEVANCE: PRINT! BE SPECIFIC!:** [illegible] ... LT FISHER ... THIS DEPARTMENT OF CORRECTIONS, SINCE 06-15-2005, WITH THE GOVERNMENT SPECIAL ... INTELLIGENCE ... NEURO ... TECHNOLOGY ... SPECIAL FORCES SIGNALS ... 24 HOURS ... A MANIPULATION ... CRUEL PUNISHMENT, BY THE GOVT SPECIAL OFFICIALS ... HUMAN SPYING, INTELLIGENCE ... BECAUSE I QUIT WORKING WITH THE SECRET GOVERNMENT, DUE TO THREATS AND SEXUAL HARRASSMENT BY THE F.B.I. SPECIAL PRIVATE INVESTIGATOR AGENT ... C.I.A. ... LT FISHER, THIS DEPARTMENT HAS ITS RULES, AND THESE RULES ... TO THE U.S. CONSTITUTION. THE U.S. GOVT NEURO TECHNOLOGY IN MY BODY DEPRIVES ME, BEING ACTIVE WHILE ON THE INSIDE OF THIS JAIL. THIS IS WRONG ... OFFICIALLY VIOLATED ... IN REGARDS TO YOUR RESPONSE, THEN WHO SHOULD I BRING THIS SERIOUS INSIDE JAIL VIOLATION TOO? TO WHAT GOVT DEPARTMENT SHOULD I BRING THIS MATTER TOO IF I'M VIOLATED INSIDE THIS JAIL ... THIS SERIOUS MATTER TO YOUR ATTENTION, AGAIN SINCE 05-24-05. I HAVE [illegible] YOU ... IN REGARDS TO THIS SERIOUS MATTER THAT IS A ACTIVE GOVT CORRUPTION.

**WHAT SOLUTION ARE YOU RECOMMENDING?:** WILL YOU PLEASE ANSWER ME YOUR ... RESPONSE ON THIS GRIEVANCE ... NO. 71006, WHO SHOULD I BRING THIS ACTIVE COMPLAINT TOO? LT FISHER

Your Signature: [signature] Date: 10/18/2007 Time: 15:[illegible] AM/PM

(Do NOT write below this line. Use additional sheets if necessary)

**************************************************************

Received from Inmate on:
Day: FRI Date: 10/20/07 Time: 0328 Officer: [signature] Team: D

RESPONDING OFFICER'S STATEMENT (Please print): REFER TO LT FISHER

[ ] Resolved [X] Refer to Level II

Officer's Name: ______ Team: ____ Date: __/__/__

**************************************************************

SUPERVISOR'S ACTION: NO ONE IN THIS JAIL OR EMPLOYED BY THIS DEPARTMENT IS VIOLATING YOUR CONSTITUTIONAL RIGHTS. YOU ARE BEING HELD BY ORDER OF THE COURT. IF YOU WISH TO APPEAL THAT ORDER, SPEAK WITH YOUR ATTORNEY.

[X] Resolved [ ] Refer to Level III

Supervisor's Name: LT FISCHER Team: A Date: 10/30/07

**************************************************************

SHIFT LIEUTENANT REVIEW: [ ] Concur [ ] Reversed

SIGNATURE: ______ Date: __/__/__ Time: ____

**************************************************************

SUPPORT SERVICE RESPONSE: Unit Assigned: Admin Date Assigned: __/__/__
Date Due: 10/25/07

Grievance #71006 attached.

Response by: Admin Title: Lt Date: 10/30/07 Time: ____

**************************************************************

FACILITY COMMANDER/DESIGNEE REVIEW: [X] Concur [ ] Reversed

SIGNATURE: [signature] Date: 10/30/07 Time: 1532

**************************************************************

RESPONSE RETURNED TO INMATE: Date: 10/31/07 Time: 0338 By: [signature]

Distribution: White-Administration Canary-Inmate (Final Disposition) Pink-Inmate (Initial Receipt)

6885 REV 7/92

Main Jail [X]
Main Jail South [ ]
North County Jail [ ]

SANTA CLARA COUNTY DEPARTMENT OF CORRECTION
**INMATE GRIEVANCE FORM**
04060611 # 71006

Elmwood [ ]
CCW [ ]
WRC [ ]

| INMATE'S NAME: PETER CHAVEZ GODINEZ | BOOKING NUMBER: DTL957 03031558 | HOUSING UNIT: 4C2 → ROOM 17 |
|---|---|---|

DETAILS OF GRIEVANCE. **PRINT! BE SPECIFIC!:** GRIEVANCE CONCERNING LOG NO 70880 GRIEVANCE FORM, RESPONSED... THE RESPONSE IN THAT FORM, IT IS NOT THE CORRECT RESPONSE! I'M ASKING FOR FURTHER INVESTIGATION INTO THIS SERIOUS MATTER! IT AFFECTS MY LIVING AND CONFINEMENT CONDITIONS. THE UNITED STATES GOVERNMENT, SPECIAL SPYING INTELL-IGENCE, NEURO UNIVERSAL MICROSYSTEM TECHNOLOGY, IMPLANTED IN MY BONE NERVES, BONES AND SKIN, BEING ACTIVE WHILE INSIDE THIS DEPARTMENT OF CORRECTIONS, IT VIOLATES ALL MY HUMAN RIGHTS AND CONSTITUTIONAL DUE PROCESS RIGHTS. THIS SPECIAL GOVT NEURO TECHNOLOGY, HAS BEEN ACTIVE 24 HOURS DAILY, EVERY SECOND SINCE 06-15-2003 TO THIS VERY DATE 10-15-2007 INSIDE THIS DEPARTMENT, JUST AS A MANIPULATION AND CRUEL DISTURBING PUNISHMENT BY THE SPECIAL OFFICIALS DOING GOVT DOMESTIC SECRET HUMAN SPECIAL SPYING INTELL-IGENCE. I WORKED WITH THE GOVERNMENT IN THE PAST WITH THIS GOVT NEURO TECHNOLOGY, BUT I QUIT DUE TO THREATS AND SEXUAL HARRASSMENT, BY THE AGENT SUSAN, THE NEURO TECH, WAS TURNED OFF, AND PERMANENTLY TURN ON SINCE 11-30-02. BY THE F.B.I AGENCY, STUPID AGENT SUSAN AND ALL HER ASSOCIATES. THIS DEPARTMENT HAS INTERNAL AFFAIRS. I'M REQUESTING, WHAT I WROTE ON THE GRIEVANCE FORM LOG NO 70880..

WHAT SOLUTION ARE YOU RECOMMENDING?: I'M TAKING THIS MATTER TO THE COURT, I'M REQUESTING FURTHER INVESTIGATION

Your Signature: [signature] Date: 10 / 15 / 2007 Time: 22:40 AM/PM

(Do NOT write below this line. Use additional sheets if necessary)

*****

Received from Inmate on:
Day: MON Date: 10 / 15 / 07 Time: 2300 Officer: GUERRA 2621 Team: C

RESPONDING OFFICER'S STATEMENT (Please print):

COPY

[ ] Resolved [X] Refer to Level II

Officer's Name: A Guerra #2621 Team: C Date: 10 / 16 / 07

*****

SUPERVISOR'S ACTION: WE CANNOT INVESTIGATE ALLEGATIONS ABOUT THE U.S. GOVERNMENT.

[X] Resolved [ ] Refer to Level III

Supervisor's Name: LT FISCHER Team: A Date: 10/ 17 /07

*****

SHIFT LIEUTENANT REVIEW: [ ] Concur [ ] Reversed

SIGNATURE: Date: / / Time:

*****

SUPPORT SERVICE RESPONSE: Unit Assigned: Date Assigned: / /
Date Due: 10 /22/ 07

Copy of griev # 70880 attached

Response by: [signature] Title: [illegible] Date: 10 / 17 /07 Time:

*****

FACILITY COMMANDER/DESIGNEE REVIEW: [X] Concur [ ] Reversed

SIGNATURE: [signature] Date: 10/ 17 / 07 Time: 1207

*****

RESPONSE RETURNED TO INMATE: Date: 10 / 17 / 07 Time: By: [signature]

Distribution: White-Administration Canary-Inmate (Final Disposition) Pink-Inmate (Initial Receipt)

C005 REV 7/02

FEDERAL BUREAU OF INVESTIGATIONS. 950 SOUTH [illegible] AVENUE, SAN JOSE CALIF. 95128 [illegible] SPECIAL AGENT [illegible] (408) 535-5646 [illegible] THE GOVT SECRET [illegible] [illegible] THIS YEARS [illegible] SECRET [illegible] GOVERNMENT NEURO TECHNOLOGY

Main Jail [X]
Main Jail South [ ]
North County Jail [ ]

SANTA CLARA COUNTY DEPARTMENT OF CORRECTION
**INMATE GRIEVANCE FORM**

Elmwood [ ]
CCW [ ]
WRC [ ]

0406061 70880

| INMATE'S NAME: PETER CHAVEZ GODINEZ | BOOKING NUMBER: [illegible]31558 / [illegible] | HOUSING UNIT: 4C → Room 17 |
|---|---|---|

DETAILS OF GRIEVANCE. PRINT! BE SPECIFIC!: [illegible] SERGEANT [illegible], COMMANDER MAIN JAIL COMPLEX. I WILL BE FRANKLY AND BRIEFLY WITH YOU ON THIS SERIOUS MATTER, 24 HOURS DAILY, EVERY SECOND OF THIS PAST FIVE YEARS. THE GOVERNMENT SECRET SPECIAL SPYING INTELL-IGENCE TECHNOLOGY, ALL SPECIAL AGENTS, SECRET SERVICE AGENTS, C.I.A. [illegible] AND THE STATE GOVERNMENT SPECIAL DETECTIVES, NANO NEURO TECHNOLOGY, HAS BEEN ACTIVE OPERATIVE ON MY BODY NERVES, [illegible] IN MY EYE AND [illegible] NERVES. 24 HOURS DAILY [illegible] [illegible] SECRET COMMUNICATIONS, OF THE F.B.I AGENCY, AND ALL THE AGENTS DOING SECRET [illegible] SPYING INTELL-IGENCE. THIS GOVT SECRET [illegible] COMMUNICATION ALL THIS YEARS BE FORCED, BY THESE STUPID SPECIAL AGENTS, HAVE BEEN NOTHING BUT A [illegible] CRUEL PUNISHMENT ON ME. I'M BEING, BEEN TORTURE WITH THIS GOVT SPECIAL FORCES SECRET COMMUNICATION SIGNALS AND SLEEP DEPRIVED ALL THIS YEARS. WHILE INSIDE THIS JAIL DEPARTMENT OF CORRECTIONS. CAPTAIN [illegible] WHY I'M BRINGING THIS SERIOUS MATTER TO YOUR ATTENTION, BECAUSE I AM IN YOUR CUSTODY. THE GOVT NEURO TECHNOLOGY MICROSYSTEM IN MY BODY, BEING ACTIVE INSIDE THIS DEPARTMENT, VIOLATE MY DUE PROCESS CONSTITUTIONAL RIGHTS ON THIS CRIMINAL STATE GOVERNMENT CASE NO. EE 302166 THAT THE COURT IS REFUSING TO PROSECUTE ALL THIS YEARS. BECAUSE OF THIS TRUE FACTS, AND [illegible] VIOLATIONS. I BEEN DEPRIVED FROM LIFE AND JUSTICE ALL THIS YEARS. I HAVE BROUGHT THIS MATTER TO MANY OFFICIALS ATTENTION, EVEN THE DISTRICT ATTORNEY [illegible] [illegible], FILE A COURT RESTRAINING ORDER CASE NO. CV-151991, AGAINST ME, WITHOUT FILING CHARGES. I WAS ONLY BRINGING THIS MATTER TO HER ATTENTION. [illegible] AT THE PRESENT TIME, I DON'T EVEN HAVE COURT DATES.

WHAT SOLUTION ARE YOU RECOMMENDING? → I WANT YOU TO CALL THE AGENCY, AND TELL THEM TO TURN OFF THE NEURO TECHNOLOGY OFF MY BODY NERVES. I DON'T CARE ABOUT THE AGENCY, THAT'S WHY I'M [illegible] THEIR TECH.

Your Signature: [signature] Date: 10/02/07 Time: 9:00 AM/PM

(Do NOT write below this line. Use additional sheets if necessary)

Received from Inmate on:
Day: TUE Date: 10/02/07 Time: 1022 Officer: E. TOBOLA Team: A

RESPONDING OFFICER'S STATEMENT (Please print): FORWARDED TO THE SHIFT SUPERVISOR.

[ ] Resolved [X] Refer to Level II

Officer's Name: E. TOBOLA 12681 Team: A Date: 10/2/07

SUPERVISOR'S ACTION: THIS IS NOT AN ISSUE REGARDING CONDITIONS OF CONFINEMENT.

[X] Resolved [ ] Refer to Level III

Supervisor's Name: ______ Team: ____ Date: ___/___/___

SHIFT LIEUTENANT REVIEW: [ ] Concur [ ] Reversed

SIGNATURE: ______ Date: ___/___/___ Time: ______

SUPPORT SERVICE RESPONSE: Unit Assigned: Adm Date Assigned: ___/___/___
Date Due: 10/09/07

Response by: ______ Title: ______ Date: ___/___/___ Time: ______

FACILITY COMMANDER/DESIGNEE REVIEW: [X] Concur [ ] Reversed

SIGNATURE: [signature] Date: 10/3/07 Time: 1200 hrs

RESPONSE RETURNED TO INMATE: Date: 10/03/07 Time: ______ By: [illegible]

Distribution: White-Administration Canary-Inmate (Final Disposition) Pink-Inmate (Initial Receipt)

6885 REV 7/92

[illegible handwritten text in right margin]

ITEM 15

SANTA CLARA COUNTY DEPARTMENT OF CORRECTION
INMATE GRIEVANCE FORM

Main Jail [X]
Main Jail South [ ]
North County Jail [ ]
Elmwood [ ]
CCW [ ]

65571

| INMATE'S NAME: [illegible] | BOOKING NUMBER: [illegible] | HOUSING UNIT: [illegible] 17 |
|---|---|---|

NATURE OF GRIEVANCE: [illegible]

WHAT SOLUTION ARE YOU RECOMMENDING? [illegible]

Your Signature: [signature] Date: 05 / 17 / 2006 Time: 3:30 AM/PM

(Do NOT write below this line. Use additional sheets if necessary)

Received from Inmate on:
Day: WED Date: 5 / 17 / 06 Time: 0630 Officer: Gonzales T2153 Team: A

RESPONDING OFFICER'S STATEMENT (Please print):

[ ] Resolved [X] Refer to Level II

Officer's Name: ______ Team: ____ Date: __/__/__

SUPERVISOR'S ACTION: Inmate Chavez I spoke with you and told you the two agents next to me wanted to speak with you. The agents identified themselves and showed their I.D. I asked you if you wanted to talk with them. You replied in a positive manner and said you would talk with agents.

[X] Resolved [ ] Refer to Level III

Supervisor's Name: Sgt Navarrete Team: A Date: 05 / 17 / 06

SHIFT LIEUTENANT REVIEW: [ ] Concur [ ] Reversed

SIGNATURE: ______ Date: __/__/__ Time: ______

SUPPORT SERVICE RESPONSE: Unit Assigned: ______ Date Assigned: __/__/__
Date Due: __/__/__

Response by: ______ Title: ______ Date: __/__/__ Time: ______

FACILITY COMMANDER/DESIGNEE REVIEW: [✓] Concur [ ] Reversed

SIGNATURE: [signature] Date: 5 / 26 / 06 Time: 1440

RESPONSE RETURNED TO INMATE: Date: 05 / 31 / 06 Time: ______ By: [initials]

Distribution: White-Administration Canary-Inmate (Final Disposition) Pink-Inmate (Initial Receipt)

U.S. DISTRICT COURT CLERK. 10-31-07

PLEASE ACCEPT MY JAIL ACCOUNT TRUST ACCOUNT RECORD, AND THE CERTIFICATE OF FUNDS RECORD. DUE TO THE SLOW ASSISTANCE THAT INMATES LIKE ME HAVE IN THIS JAIL, I'M LATE IN REGISTERING THIS COMPLAINT WITH FRANKLY DISCLOSING THE UNITED STATES SECRET GOVERNMENT SPECIAL SPYING INTELL-IGENCE, NEURO UNIVERSAL TECHNOLOGY. I GAVE IT ENOUGH TIME TO THE SPECIAL AGENTS THAT COMMITTED ALL THIS MESS, DUE TO THEIR SLOPPINESS. THE AGENTS ARE MAKING ALOT OF MISTAKES LATELY, AND THEY SURE MADE A BIG MISTAKE WITH ME! CLERK WILL YOU PLEASE PROCESS THIS COMP-LAINT AS SOON AS POSSIBLE!? AND ISSUE ME THE CASE NUMBER, AND THE STATUES OF THIS COMPLAINT?! THANK YOU CLERK FOR YOUR TIME, ON THIS SERIOUS MATTER.

Truly, Thank You!

Pedro [illegible]

JS 44 - CAND (Rev 11/04)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON PAGE TWO.)

**I.(a) PLAINTIFFS**

PEDRO GODINEZ CHAVEZ,

**DEFENDANTS** FEDERAL BUREAU OF INVESTIGATIONS, AGENCY. 950. S. BASCOM AVENUE, CAMPBELL, CALIF. 95128.. (408) 294-7630 UNITED STATES SECRET GOVERNMENT, ALL SPECIAL AGENTS AND SECRET OPERATIVES SPECIAL SPYING INTELL-IGENCE, NEURO UNIVERSAL HUMAN MICROSYSTEM TECHNOLOGY.

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF ______
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT ______
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
I'M ENTITLE TO COURT APPOINTED COUNSEL TO REPRESENT ME, ON THIS SPECIAL GOVT COMPLAINT...

ATTORNEYS (IF KNOWN)

**II. BASIS OF JURISDICTION** (PLACE AN 'X' IN ONE BOX ONLY)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN 'X' IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For diversity cases only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (PLACE AN "X" IN ONE BOX ONLY)

☒ Original Proceeding ☐ Removed from State Court ☐ Remanded from Appellate Court ☐ Reinstated or Reopened ☐ Transferred from Another district (specify) ☐ Multidistrict Litigation ☐ Appeal to District Judge from Magistrate Judgment

**V. NATURE OF SUIT** (PLACE AN "X" IN ONE BOX ONLY)

**CONTRACT**
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excl Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability
- ☐ 196 Franchise

**TORTS**

PERSONAL INJURY
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault Libel & Slander
- ☐ 330 Federal Employers Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury

PERSONAL INJURY
- ☐ 362 Personal Injury Med Malpractice
- ☐ 365 Personal Injury Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

PERSONAL PROPERTY
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**FORFEITURE/PENALTY**
- ☐ 610 Agriculture
- ☐ 620 Other Food & Drug
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 630 Liquor Laws
- ☐ 640 RR & Truck
- ☐ 650 Airline Regs
- ☐ 660 Occupational Safety/Health
- ☐ 690 Other

**LABOR**
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Mgmt Relations
- ☐ 730 Labor/Mgmt Reporting & Disclosure Act
- ☐ 740 Railway Labor Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Empl.Ret. Inc. Security Act

**BANKRUPTCY**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

**SOCIAL SECURITY**
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
- ☐ 870 Taxes (US Plaintiff or Defendant)
- ☐ 871 IRS - Third Party 26 USC 7609

**OTHER STATUTES**
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce/ICC Rates/etc.
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 810 Selective Service
- ☐ 850 Securities/Commodities/ Exchange
- ☐ 875 Customer Challenge 12 USC 3410
- ☐ 891 Agricultural Acts
- ☐ 892 Economic Stabilization Act
- ☐ 893 Environmental Matters
- ☐ 894 Energy Allocation Act
- ☐ 895 Freedom of Information Act
- ☐ 900 Appeal of Fee Determination Under Equal Access to Justice
- ☐ 950 Constitutionality of State Statutes
- ☐ 890 Other Statutory Actions

**REAL PROPERTY**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**CIVIL RIGHTS**
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing
- ☐ 444 Welfare
- [blacked out]
- ☐ 445 Amer w/ disab - Empl
- ☐ 446 Amer w/ disab - Other
- ☐ 480 Consumer Credit
- ☐ 490 Cable/Satellite TV

**PRISONER PETITIONS**
- ☐ 510 Motion to Vacate Sentence Habeas Corpus:
- ☐ 530 General
- ☐ 535 Death Penalty
- ☐ 540 Mandamus & Other
- [blacked out]

**VI. CAUSE OF ACTION** (CITE THE US CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY) I BEEN IN THE CUSTODY, OF SANTA CLARA COUNTY JAIL, SINCE 06-15-2003, ON STATE GOVT CRIMINAL CHARGES, CASE NO FF 302126 AND CC782723. THE FEDERAL BUREAU OF INVESTIGATIONS, AGENCY. ALL SPECIAL AGENTS & OPERATIVES SECRET GOVT INTELL- NEURO UNIVERSAL TECHNOLOGY IMPLANTED IN MY BODY, HAS BEEN ACTIVE ALL THIS YEARS WHILE IN CUSTODY.

**VII. REQUESTED IN COMPLAINT:** ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23 DEMAND $ ☐ TEN MILLION DOLLARS LAWSUIT. CHECK YES only if demanded in complaint. JURY DEMAND: ☒ YES ☐ NO

**VIII. RELATED CASE(S) IF ANY** PLEASE REFER TO CIVIL L.R. 3-12 CONCERNING REQUIREMENT TO FILE "NOTICE OF RELATED CASE". FRANKLY NONE, DISCLOSING THE GOVT SECRET NEURO TECH, IMPLANTED IN ALL HUMANS... SECRETLY...

**IX. DIVISIONAL ASSIGNMENT (CIVIL L.R. 3-2)**
**(PLACE AND "X" IN ONE BOX ONLY)** ☐ SAN FRANCISCO/OAKLAND ☒ SAN JOSE

DATE 10-31-2007 SIGNATURE OF ATTORNEY OF RECORD