07-6135RMW

FILED

DEC 0 4 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

PEDRO GODINEZ CHAVEZ, Plaintiff,

vs.

FEDERAL BUREAU OF INVESTIGATIONS, ALL SPECIAL AGENTS AND C.I.A. OPERATIVE(S) SECRET SPECIAL SPY INTELLIGENCE NEURO UNIVERSAL TECH., Defendant.

CASE NO. C07-6135RMW

**PRISONER'S APPLICATION TO PROCEED IN FORMA PAUPERIS**

I, PEDRO GODINEZ, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ____ No X

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: ____________ Net: ____________

Employer: ________________________

If the answer is "no," state the date of last employment and the amount of the gross and net salary and wages per month which you received. (If you are imprisoned, specify the last place of employment prior to imprisonment.)

FEDERAL BUREAU OF INVESTIGATIONS, AGENCY, 950 SOUTH BASCOM AVENUE, SAN JOSE CALIF, 95128- GOVERNMENT RECRUITED, ACTIVE OPERATIVE C.I.A SPY INFORMANT, WITH THE ALL SPECIAL AGENTS AND C.I.A OPERATIVES, INTELL, NEURO UNIVERSAL CLASSIFIED GOVERNMENT TECHNOLOG

2. Have you received, within the past twelve (12) months, any money from any of the following sources:

a. Business, Profession or self employment — Yes ____ No ____

b. Income from stocks, bonds, or royalties? — Yes ____ No ____

c. Rent payments? — Yes ____ No ____

d. Pensions, annuities, or life insurance payments? — Yes ____ No ____

e. Federal or State welfare payments, Social Security or other government source? — Yes ____ No ____

If the answer is "yes" to any of the above, describe each source of money and state the amount received from each.

______________________________________________

______________________________________________

3. Are you married? — Yes ____ No X

Spouse's Full Name: ______________________________

Spouse's Place of Employment: ______________________________

Spouse's Monthly Salary, Wages or Income:

Gross $______________ Net $______________

4. a. List amount you contribute to your spouse's support:$ ______________

b. List the persons other than your spouse who are dependent upon you for support and indicate how much you contribute toward their support. (NOTE: For minor children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).

______________________________________________

______________________________________________

5. Do you own or are you buying a home? Yes ____ No X

Estimated Market Value: $____________ Amount of Mortgage: $____________

6. Do you own an automobile? Yes ____ No ____

Make ______________ Year ____________ Model ______________

Is it financed? Yes _____ No ______ If so, Total due: $______________

Monthly Payment: $ ____________

7. Do you have a bank account? Yes ____ No ____ (Do not include account numbers.)

Name(s) and address(es) of bank: ______________________________

______________________________________________

Present balance(s): $ ______________________________

Do you own any cash? Yes ____ No ____ Amount: $ ______________

Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.) Yes ____ No ____

______________________________________________

8. What are your monthly expenses?

Rent: $ ______________ Utilities: ______________

Food: $ ______________ Clothing: ______________

Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Acct. |
|---|---|---|
| ____________ | $ ____________ | $ ____________ |
| ____________ | $ ____________ | $ ____________ |
| ____________ | $ ____________ | $ ____________ |

9. Do

you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)

NO DEBTS

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits? Yes ___ No X

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed. FRANKLY

I AT NO TIME, FROM THE BEGINNING OF ALL THIS MATTER WANTED TO DISCLOSED THE UNITED STATES GOVERNMENT CLASSIFIED NEUROTECHNOLOGY, THAT IS SECRETLY INHANTED IN ALL HUMANS.

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

10-31-2007 | [signature]
---|---
DATE | SIGNATURE OF APPLICANT

**Case Number:** ____________

DJL 957

**CERTIFICATE OF FUNDS**

**IN**

**PRISONER'S ACCOUNT**

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of PETER CHAVEZ for the last six months at

[prisoner name]

SCC DEPT OF CORRECTION where (s)he is confined.

[name of institution]

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ 9.34 and the average balance in the prisoner's account each month for the most recent 6-month period was $ 2.43.

Dated: 10/31/07

[signature]

[Authorized officer of the institution]

SANTA CLARA COUNTY DOC

Resident Account Summary
Wednesday, October 31, 2007 @08:55

For PFN: DTL957 CHAVEZ, PETER

| Date | Transaction | Description | Amount | Balance | Owed | Held | Reference |
|---|---|---|---|---|---|---|---|
| 10/23/2007 | INP | OID:100704065-ComisaryPur | 1.10 | 0.00 | 10.44 | 0.00 | |
| 10/16/2007 | INP | OID:100700928-ComisaryPur | 1.10 | 0.00 | 9.34 | 0.00 | |
| 10/09/2007 | INP | OID:100697523-ComisaryPur | 1.10 | 0.00 | 8.24 | 0.00 | |
| 10/02/2007 | INP | OID:100694431-ComisaryPur | 1.10 | 0.00 | 7.14 | 0.00 | |
| 09/25/2007 | INP | OID:100691333-ComisaryPur | 1.10 | 0.00 | 6.04 | 0.00 | |
| 09/11/2007 | INP | OID:100685321-ComisaryPur | 1.10 | 0.00 | 4.94 | 0.00 | |
| 09/04/2007 | INP | OID:100682331-ComisaryPur | 1.10 | 0.00 | 3.84 | 0.00 | |
| 08/21/2007 | INP | OID:100676160-ComisaryPur | 1.10 | 0.00 | 2.74 | 0.00 | |
| 08/14/2007 | INP | OID:100673490-ComisaryPur | 1.10 | 0.00 | 1.64 | 0.00 | |
| 08/07/2007 | <INP> | OID:100670429-ComisaryPur | -0.56 | 0.00 | 0.54 | 0.00 | |
| 08/07/2007 | INP | OID:100670429-ComisaryPur | 1.10 | 0.56 | 1.10 | 0.00 | |
| 07/24/2007 | <INP> | OID:100664676-ComisaryPur | -1.10 | 0.56 | 0.00 | 0.00 | |
| 07/24/2007 | INP | OID:100664676-ComisaryPur | 1.10 | 1.66 | 1.10 | 0.00 | |
| 06/26/2007 | EPR | OID:100653080-ComisaryPur | -18.58 | 1.66 | 0.00 | 0.00 | |
| 06/21/2007 | DEPMO | 57-36665726 | 20.00 | 20.24 | 0.00 | 0.00 | |
| 06/05/2007 | EPR | OID:100644374-ComisaryPur | -12.07 | 0.24 | 0.00 | 0.00 | |
| 05/31/2007 | ERF | OID:100641470-ComisaryRef | 12.30 | 12.31 | 0.00 | 0.00 | |
| 05/29/2007 | EPR | OID:100641470-ComisaryPur | -36.12 | 0.01 | 0.00 | 0.00 | |
| 05/24/2007 | DEPMO | 5736665037 | 36.00 | 36.13 | 0.00 | 0.00 | |
| 02/13/2007 | EPR | OID:100598141-ComisaryPur | -5.89 | 0.13 | 0.00 | 0.00 | |
| 02/06/2007 | EPR | OID:100595666-ComisaryPur | -3.97 | 6.02 | 0.00 | 0.00 | |
| 01/30/2007 | EPR | OID:100592583-ComisaryPur | -6.11 | 9.99 | 0.00 | 0.00 | |
| 01/25/2007 | ERF | OID:100589837-ComisaryRef | 11.70 | 16.10 | 0.00 | 0.00 | |
| 01/23/2007 | EPR | OID:100589837-ComisaryPur | -15.90 | 4.40 | 0.00 | 0.00 | |
| 01/20/2007 | DEPMO MJ | 10138666151 | 20.00 | 20.30 | 0.00 | 0.00 | |
| 01/16/2007 | EPR | OID:100587069-ComisaryPur | -8.37 | 0.30 | 0.00 | 0.00 | |
| 01/09/2007 | EPR | OID:100584248-ComisaryPur | -10.22 | 8.67 | 0.00 | 0.00 | |
| 01/02/2007 | EPR | OID:100581604-ComisaryPur | -17.25 | 18.89 | 0.00 | 0.00 | |
| 12/26/2006 | EPR | OID:100578929-ComisaryPur | -13.90 | 36.14 | 0.00 | 0.00 | |
| 12/20/2006 | DCASH MJ | 57-36641129 | 50.00 | 50.04 | 0.00 | 0.00 | |
| 10/31/2006 | EPR | OID:100556941-ComisaryPur | -6.30 | 0.04 | 0.00 | 0.00 | |
| 10/24/2006 | EPR | OID:100553705-ComisaryPur | -23.74 | 6.34 | 0.00 | 0.00 | |
| 10/19/2006 | DEPMO MJ | 57-36630656 | 30.00 | 30.08 | 0.00 | 0.00 | |
| 10/10/2006 | EPR | OID:100548082-ComisaryPur | -2.04 | 0.08 | 0.00 | 0.00 | |
| 09/26/2006 | EPR | OID:100542296-ComisaryPur | -28.36 | 2.12 | 0.00 | 0.00 | |
| 09/12/2006 | DEPMO MJ | 57-36628298 | 30.00 | 30.48 | 0.00 | 0.00 | |
| 06/20/2006 | EPR | OID:100504851-ComisaryPur | -25.18 | 0.48 | 0.00 | 0.00 | |
| 06/15/2006 | DEPMO MJ | 57-36619686 | 25.00 | 25.66 | 0.00 | 0.00 | |
| 05/16/2006 | EPR | OID:100490388-ComisaryPur | -6.98 | 0.66 | 0.00 | 0.00 | |
| 05/09/2006 | EPR | OID:100487671-ComisaryPur | -32.38 | 7.64 | 0.00 | 0.00 | |
| 05/02/2006 | ERF | OID:100475912-ComisaryRef | 39.48 | 40.02 | 0.00 | 0.00 | |
| 04/18/2006 | EPR | OID:100478631-ComisaryPur | -16.39 | 0.54 | 0.00 | 0.00 | |
| 04/11/2006 | EPR | OID:100475912-ComisaryPur | -39.48 | 16.93 | 0.00 | 0.00 | |
| 04/06/2006 | DEPMO MJ | 57-36611728 | 50.00 | 56.41 | 0.00 | 0.00 | |
| 02/28/2006 | EPR | OID:100458811-ComisaryPur | -5.40 | 6.41 | 0.00 | 0.00 | |
| 02/21/2006 | EPR | OID:100455972-ComisaryPur | -4.11 | 11.81 | 0.00 | 0.00 | |
| 02/14/2006 | EPR | OID:100453070-ComisaryPur | -21.66 | 15.92 | 0.00 | 0.00 | |
| 02/08/2006 | DEPMO | 47978503925 | 30.00 | 37.58 | 0.00 | 0.00 | |
| 02/07/2006 | EPR | OID:100450551-ComisaryPur | -13.41 | 7.58 | 0.00 | 0.00 | |
| 01/31/2006 | EPR | OID:100447315-ComisaryPur | -31.63 | 20.99 | 0.00 | 0.00 | |
| 01/24/2006 | EPR | OID:100444484-ComisaryPur | -48.45 | 52.62 | 0.00 | 0.00 | |
| 01/21/2006 | DEPMO | 54629312980 | 100.00 | 101.07 | 0.00 | 0.00 | |
| 01/17/2006 | EPR | OID:100441732-ComisaryPur | -15.86 | 1.07 | 0.00 | 0.00 | |
| 01/10/2006 | EPR | OID:100439194-ComisaryPur | -5.63 | 16.93 | 0.00 | 0.00 | |
| 01/05/2006 | DEPMO | 7538255164 | 20.00 | 22.56 | 0.00 | 0.00 | |
| 10/12/2005 | <INP> | Payment for INP on 2005-0 | -0.49 | 2.56 | 0.00 | 0.00 | |
| 10/12/2005 | DCARD RFND | PER KEEFE EMAIL | 3.05 | 3.05 | 0.49 | 0.00 | |
| 09/13/2005 | <INP> | OID:100389630-ComisaryPur | -0.51 | 0.00 | 0.49 | 0.00 | |
| 09/13/2005 | INP | OID:100389630-ComisaryPur | 1.00 | 0.51 | 1.00 | 0.00 | |
| 08/24/2005 | WARRANT INM | FRIENDS OUTSIDE | -4.88 | 0.51 | 0.00 | 0.00 | |
| 08/23/2005 | EPR | OID:100380974-ComisaryPur | -13.22 | 5.39 | 0.00 | 0.00 | |
| 08/16/2005 | EPR | OID:100377940-ComisaryPur | -11.43 | 18.61 | 0.00 | 0.00 | |
| 08/12/2005 | DEPMO | 47051204772 | 30.00 | 30.04 | 0.00 | 0.00 | |