GOMEZ, CHANEZ  
J55845→D.T. LAST  
J. N. CLARA CO. DEPT OF CORRECTIONS  
J. N. SAN PEDRO STREET  
SAN JOSE, CALIF. 95110

RECEIVED  
DEC 4 2007  
RICHARD W. WIEKING  
CLERK, U.S. DISTRICT COURT  
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT CLERK  
FOR THE NORTHERN DISTRICT OF CALIFORNIA  
FEDERAL COURT HOUSE  
280 SOUTH FIRST STREET  
SAN JOSE, CALIF. 95113...

LEGAL MAIL

