12-24-2007

IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

FILED

2007 DEC 28 P 4: 19

PEDRO CHAVEZ GODINEZ,
PLAINTIFF.

V.

FEDERAL BUREAU OF INVESTIGATIONS ALL SPECIAL AGENTS, AND C.I.A OPERATIVES SECRET UNITED STATES GOVERNMENT SPECIAL SPYING INTELL-IGENCE. NEURO UNIVERSAL TECHNOLOGY..... DEFENDANT....

CASE NO: C 07-6135
SHOWING CAUSE, WHY THIS TRUE SERIOUS MATTERS SHOULDNT BE DISMISSED FOR THE GOVERNMENT BENEFIT... MOTION SHOWING.

PLAINTIFF, HAS BEEN IN THE CUSTODY, OF THE SANTA CLARA COUNTY JAIL, SINCE 06-15-2003, PLAINTIFF FILED THE 42. U.S.C § 1983 CIVIL RIGHTS COMPLAINT, STATING THIS TRUE CLAIM, HOPING THAT THE JUDGE WOULD GRANTED, ANY AND ALL CLAIMS THAT I HAVE BROUGHTED TO THE UNITED STATES DISTRICT COURT ATTENTION, ARE BASED ON THE SAME FACT, THAT I AM IN, THE STATE GOVERNMENT CUSTODY, AND THE UNITED STATES GOVERNMENT, SPECIAL SPYING INTELL-IGENCE, NEURO UNIVERCAL TECHNOLOGY, ALL SPECIAL AGENTS AND GOVERNMENT OPERATIVES SECRET TECH. HAS BEEN ACTIVE OPERATIVE, BY FORCED JUST AS A CRUEL MANIPULATION DISTURBING PUNISHMENT, 24 HOURS DAILY, THIS PAST FIVE YEARS, SINCE 11-30-2002. TO THIS VERY DATE, 12-24-2007. 24 HOURS DAILY INTERNALIZED CENTRALIZED SPECIAL AGENTS COMMUNICATION, "SPECIAL FORCES SIGNALS" BY FORCED! BY THESE SPECIAL AGENTS. THE F.B.I AGENCY, RECRUITED ME, ON 07-21-01, TO WORK WITH THEIR F.B.I AGENCY, ALL SPECIAL AGENTS, SECRET GOVERNMENT NEURO TECHNOLOGY, AND SECRET GOVERNMENT INTERNALIZED COMMUNICATION ASSIGNED TO WORK WITH THE F.B.I SPECIAL PRIVATE INVESTIGATORS, C.I.A. SPECIAL OFFICIALS. AS A C.I.A SPY OPERATIVE SECRET GOVERNMENT INFORMANT, TO COVER UP, THE HOMICIDE THAT I COMMITTED WHILE ON THESE SPECIAL OFFICIALS, SUPERVISION, AND WHILE I HAD THE GOVERNMENT, F.B.I AGENCY, SECRET PAGER CAMERA RECORDING THIS WHOLE EVENT AND CRIME. I WORKED WITH THE UNITED STATES GOVERNMENT SPECIAL SPYING INTELL-IGENCE NEURO TECHNOLOGY, AND INTERNALIZED AGENCY COMMUNICATION, FROM JULY/01 TO 09-10-2002, I QUIT DUE TO SEXUAL HARRASSMENT, BY THE F.B.I SPECIAL PRIVATE INVESTIGATOR, AGENT SUSAN. AND DUE TO THREATS BY THESE SPECIAL OFFICIALS, IN REGARDS TO THE HOMICIDE THAT I COMMITTED AND THAT THEY ALL COVER UP. I FELT LIKE I WAS BEING BLACK MAILED BY THESE GOVERNMENT SPECIAL OFFICIALS, I QUIT WORKING WITH THEM ALL AND THE UNITED STATES GOVERNMENT, AND THEIR SECRET GOVERNMENT NEURO TECHNOLOGY.. I WAS RECRUITED BY THE F.B.I AGENCY, ALL SPECIAL AGENTS AND STATE GOV SPECIAL OFFICIALS, ON BAD FAITH, WITH BAD INTENTIONS, BY SOME AGENTS TO THEIR NEURO TECHNOLOGY... SINCE 11-30-2002 THE F.B.I AGENCY, TURNED THEIR AGENCY NEURO TECHNOLOGY ON MY BODY

ACTIVE OPERATIVE, BY FORCED, AND SINCE DID NOT FOLLOWED THE F.B.I AGENCY, SPECIAL AGENTS INSTRUCTIONS THE F.B.I AGENCY, ALL AGENTS STARTED DEATH THREATENING AND THREATENING ME, WITH MY FAMILY MEMBERS HEALTH, SINCE THROUGH THIS SECRET GOVERNMENT NEURO TECHNOLOGY, THESE SPECIAL OFFICIALS CAN DISTURBED ANY HUMAN LIFE. THE F.B.I AGENCY, ALL SPECIAL AGENTS AND STATE GOVERNMENT SPECIAL OFFICIALS, HAVE BEEN TAKING TURNS, 24 HOURS DAILY THIS PASS FIVE YEARS PUNISHING ME, THROUGH THIS GOVERNMENT IMPLANTED NEURO TECHNOLOGY, ON MY BODY NERVES. I HONESTLY BELIEVE THESE SPECIAL OFFICIALS INTENTIONS AND GOALS WERE TO KILLED ME, OR FOR ME TO KILLED MYSELF. MY HEARING NERVES ARE PROGRAMMED AND 24 HOURS CONNECTED, TO THESE DUMB IGNORANT SPECIAL GOVT OFFICIALS 24 HOURS DAILY MANIPULATION OF COMMUNICATION, I GO TO SLEEP WITH MY HEARING NERVES PROGRAMMED TO THE F.B.I AGENCY, MANIPULATION COMMUNICATION, I WAKE UP TO THE SAME PROGRAM ..... ALL THAT I BROUGHTED TO THE UNITED STATES DISTRICT COURT ATTENTION, IS TRUE IF THE COURT WANTS TO LAVEL THIS SERIOUS TRUE LIVING MATTER, WITH MADE UP MALICIOUS AND FRIVOLOUS MADED UP WORDS, TO COVER UP, THIS GOVERNMENT ACTIVE CORRUPTION MATTER, THATS THE COURT CHOICE; AS THE HUMAN THAT I AM, I'M ASKING THE COURT, FOR A RELIEF AND OFFICIAL GOOD JUDGMENT INTO THIS TRUE MATTER, I WILL GET JUSTICE THROUGH THIS SAME LEGITIMATE TRUE CIVIL COMPLAINT, OR THROUGH A CRIMINAL CASE ON THIS SAME ISSUE. I AM ENTITLE TO JUSTICE AND COURT RELIEF... I'M ASKING THE UNITED STATES COURT JUDGE RONALD M. WHYTE, TO RECONSIDER MY WRITTENED SHOWING CAUSE MOTION TO PROCEED WITH THIS COMPLAINT, SO THAT I, THE PLAINTIFF CAN GET COURT ORDER RELIEF ON THIS TRUE MATTER ... I'M BRINGING TO THE COURT ATTENTION WITH THIS MOTION, TO SHOW CAUSE WHY MY MATTER SHOULD NOT BE DISMISSED, THIS FOLLOWING COURT DOCUMENTS, TO SUPPORT MY MOTION, SHOWING CAUSE ITEM ONE TO NINE ... TOTAL OF TWELVE PAGES. ITEM 1. TO NINE.

ITEM ONE. ON JUNE-22-2007, THESE SAME COURT, CLOSED CASE NO. C07 3143, SEE SECOND PAGE THE COURT ADDRESSED PLAINTIFF, TO REQUEST TO REOPEN MY EARLIER SAME ACTION AS THIS ONE CASE NO C-07 1635 FOR CASE NO C-0502276 IN A SEPARATE WRITTEN ORDER, SIGNED BY JUDGE RONALD M. WHYTE. I DONE THAT MANY TIMES, WITH NO REPLY FROM THE U.S DISTRICT COURT. ON MY WRITTENED REQUESTS...

ITEM TWO.. I WAS WORKING WITH THE GOVERNMENT ON THE OFFICIALS REQUEST, FOR MY ASSISTANCE ON THIS MANY STATE AND FEDERAL CASES, SINCE 1999. ITEM TWO, THIS HOMICIDE CASE OF ESTEBAN MORENO PANTOJA, IS THE ONE THAT, GOT ME RECRUITED AS A GOVERNMENT SPY, WITH THE F.B.I AGENCY NEURO TECH, ACTIVE ON MY BODY, TO COVER UP, THIS HOMICIDE, THE SPECIAL AGENTS AND THE STATE GOVT, SPECIAL OFFICIALS, ADVISED ME, THAT I HAD TO BECOME A SPY, TO COVER UP THIS HOMICIDE CASE, JUST IN CASE, THE SUPERIOR COURT, WOULD SUBPOENA ME, ON THIS

STATE GOVERNMENT HOMICIDE CASE, I WOULD BE COVER, SAME FOR ALL THE GOVERNMENT SPECIAL OFFICIALS INVOLVED, SINCE, NO! GOVERNMENT OPERATIVE, IS ALLOWED OR HAS TO TESTIFY IN NO STATE COURT, CASES BECAUSE OF THIS SECRET GOVERNMENT SPECIAL SPYING INTELL-NEURO UNIVERSAL TECHNOLOGY, ACTIVE ON MY BODY NERVES. MAKES ME, A GOVERNMENT CLASSIFIED SECRET & I.A SPY OPERATIVE INFORMANT...

ITEM 3... ON 02-24-2005, GRIEVANCE FORM, LOC NO 59224.. I RECEIVED A VISIT, AND INTERVIEW FROM THE SECRET SERVICE AGENTS, THEY CAME TO SPEAK TO ME, ABOUT THE F.B.I AGENTS, THIS MESS, THAT THEY CREATED WITH ME, AND THEY ADVISED ME, TO KEEP THEIR GOVERNMENT SECRET INTELL NEURO TECHNOLOGY, SECRET BECAUSE IT WAS THEIR GOVERNMENT SECRET TECHNOLOGY. IN OUR INTERVIEW, WE BOTH DIDN'T AGREE WITH EACH OTHER! SINCE, I KNOW THEIR NEURO TECH, AND I'M NOT GOING TO WORK WITH IT ∴ WITHIN DAYS AFTER THIS SECRET SERVICE AGENTS VISIT, MY WHOLE FAMILY WAS INTERVIEWED, BY THE SECRET SERVICE GOVERNMENT AGENTS,.. MY FAMILY GOT INCONTACT WITH ME AT THE JAIL, AND ASKED ME, WHAT HAVE I DONE WRONG? FOR THESE SECRET AGENTS TO BE INTERVIEWING THEM, MY FAMILY WAS AWAKE, THAT I KILLED THAT MALE, ON 07-21-01 WHILE ON THE SUPERVISION OF THE GOVERNMENT. SINCE MY UNCLE JESUS VALENCIA CHAVEZ, DISPOSED THE BLOODIE SHIRT, WITH THE DEATH PERSON BLOOD, ON HIS WAY TO WORK THE NEXT DAY OF THE MURDER, HE WAS INTERVIEWED BY THE AGENT ERIC LAMOE, AFTER HE DISPOSED THE EVIDENCE IN THE GARBAGE. NOW MY WHOLE FAMILY IS SCARED, BECAUSE THEY NEVER SEEING THESE TYPES OF AGENTS IN THEIR LIFES, AND THE TRUE PURPOSE BEHIND THIS INTERVIEWS. MY WHOLE FAMILY IS SCARED. THEY ALL KNOW, WHAT THESE SPECIAL OFFICIALS ARE DOING TO ME, AND THE HOMICIDE THAT THEY COVER UP!...

ITEM 4... I FELT THREATENED BY THESE SECRET SERVICE AGENTS, VISIT AND THEIR COMMENT TOWARD ME TO KEEP THEIR GOVERNMENT INTELL NEURO TECH, SECRET. WHEN I'M THE ACTIVE VICTIM, AND DAILY 24 HOURS BEING VICTIMIZED BY THESE SPECIAL GOVT OFFICIALS DOING INTELL, THROUGH THE NEURO TECH, IN MY BODY NERVES. I REPORTED THIS TRUE SERIOUS MATTER TO THE SANTA CLARA CO, JAIL CHIEF EDWARD C. FLORES. AND THE CHIEF REFERRED THIS MATTER TO THE JAIL CAPTAIN, T. WONG. I REPORTED THIS WHOLE SAME MATTER TO THE CHIEF, BECAUSE HE IS FROM THE ADMINISTRATION INTERNAL AFFAIRS UNIT. SAME TECH THAT IS BEING USED AGAINST ME (LETTER TO CHIEF FLORES DATED MARCH 7. 2005.

ITEM 5.. MARCH 09-2005 - THE LIEUTENANT JANET FISHER, WROTED ME, AND ADVISED ME TO DO WHAT I WAS AWARE OF, TO EXERCISE MY RIGHTS, AND TO REFUSE THIS VISITS. SPECIALLY IF THE F.B.I SPECIAL PRIVATE INVESTIGATOR, AGENT SUSAN, TRIED TO VISIT ME, SINCE SHE IS THE ONE THAT TRULLY MADED ALL THIS MESS, THAT WILL GET HER AND THE OTHER AGENTS AND STATE GOVT SPECIAL OFFICIALS TO RESIGNED FROM THE GOVERNMENT, BECAUSE OF THIS WHOLE ACTIVE GOVERNMENT CORRUPTION MESS, THAT SHE

STARTED AND HAD ALL THESE OTHER SPECIAL OFFICIALS CONTRIBUTED TOO...

ITEM 6... ON 05-15-2006, I RECEIVED AN ELEGAL VISIT, BY THE F.B.I SPECIAL AGENTS, SUPERVISORS, I WROTE A JAIL COMPLAINT, INTO THIS ELEGAL VISIT, GRIEVANCES LOG NOS 65353 AND 65571. THE FIRST GRIEVANCE FORM, LOG NO. 65353 THE JAIL, DID NOT WANTED TO REGISTERED THIS COMPLAINT, AFTER THEY REALIZED THAT THEY HAD DONE AN ERROR, I REFILED THE SAME COMPLAINT WITHIN 48 HOURS, LOG NO 65571. ITS SIGNED BY THE WITNESSING OFFICER T. GONZALES #2153. IF WHAT I WROTE ON THIS GRIEVANCES FORMS WOULDNT BE THE TRUE, THE OFFICER T. GONZALES, WOULD OF CORRECTED THIS GRIEVANCE FORMS, WITH HIS OWN RESPONSE,! IN WHICH HE DIDNT. THE F.B.I AGENTS, WANTED TO SPEAK TO ME IN REGARDS TO THE UNITED STATES DISTRICT COURT CASES NUMBERS, C-0500495 AND C-0502276. AND THESE F.B.I AGENTS ASKED ME IF, A LETTER OF APOLOGY, FROM THE AGENTS RESPONSIBLE FOR ALL THIS GREAT MESS, WOULD RESOLVED THIS MATTER?! AND THEY TOLD ME THAT ABOUT THE HOMICIDE THAT I COMMITTED AND THAT THEY COVER UP ON 07-21-01. THAT THE DISTRICT ATTORNEY OFFICE, DIDNT WANTED TO CHARGE ME WITH THAT CRIME, BECAUSE IT WAS A MANSLAUGHTER CHARGE, NOT SERIOUS, THATS WHAT THESE F.B.I AGENTS SAID TO ME, WE HAD A VERBAL ALTERCATION BECAUSE THIS IS AN ELEGAL VISIT, THESE F.B.I AGENTS, DONT HAVE TO BE ELEGALLY VISITING ME WHEN THEY ARE COMMUNICATING WITH ME 24 HOURS DAILY BY FORCED THROUGH THE F.B.I AGENCY NEURO TECHNOLOGY, (EVEN WHILE IM WRITING THIS MOTION TO SHOW CAUSE WHY MY COMPLAINT CASE NO C-076135, SHOULDNT BE DISMISSED, THE F.B.I AGENCY, AGENTS ARE THREATENING ME THROUGH THE AGENCY NEURO TECHNOLOGY, INTERNALIZE CENTRALIZE CONCENTRATE COMMUNICATION.)... WITHIN DAYS, AFTER THIS ELEGAL VISIT BY THESE F.B.I AGENTS, THE ORIGINAL U.S. DISTRICT COURT CASES, NO C-0500495 AND C-0502276 WERE CLOSED, CITING FRIVOLOUS MALICIOUS AND FAILING TO STATE A CLAIM UPON WHICH RELIEF MAY BE GRANTED... IN WHICH IS A LIE! BY THE COURT AND THE JUDGE, SIGNING THIS CASES C-0500495 AND C-0502276 DOCUMENTS! THIS IS A TRUE AND VERY SERIOUS MATTER! WHETHER THERE IS DIFFERENT CASES NUMBERS, ITS THE SAME COMPLAINT, THAT WAS REMOVED, FROM THE SUPERIOR COURT, CASE NO. 105CV041696, BY THE U.S. ATTORNEY KEVIN V. RYAN TO THE U.S. DISTRICT COURT, GIVING THIS TRUE SERIOUS MATTER THE NUMBER OF CASE NO C-0502276 I HAVENT BROUGHTED TO THE U.S DISTRICT COURT ATTENTION NO OTHER COMPLAINT, BUT THE SAME COMPLAINT WITH DIFFERENT ADMINISTRATION, OFFICIALS NAMES, THAT I BROUGHTED MY TRUE COMPLAINT TO THEIR ADMINISTRATIONS ATTENTION! HOPING THAT ONE OF THIS MANY LAW ADMINISTRATIONS WOULD, CORRECT THIS SERIOUS MATTER, BUT NONE DID!, THE PROBLEM WHEN BACK TO THE F.B.I AGENCY, FOR THEM TO CORRECT THIS SERIOUS MATTER... I DONT SEE WHY THE F.B.I AGENCY, WOULD KEEP THEIR NEURO TECHNOLOGY, BY FORCED ACTIVE ON MY

BODY NERVES, MAKING OUR PROBLEM, A PERSONAL PROBLEM NOW! I WILL NEVER MAKE OR FABRICATE ANOTHER CASE FOR THE GOVERNMENT! WHAT IS THE PURPOSE OF ME LIVING, DAILY WITH THIS GOVERNMENT NEURO TECH, ACTIVE, JUST AS A MANIPULATION, THE F.B.I AGENCY, GOT VERY CARELESSNESS AND CHILDIST WITH ME! I'M A MEN OF ONLY ONE WORD! I RATHER DIE, THAN EVER WORK WITH THE GOVT AND THEIR NEURO TECH..! THESE F.B.I AGENTS THREATENED ME, WITH MY FUTURE BEING IN A STATE MENTAL HOSPITAL, BECAUSE OF THEIR MISTAKE!.. I REPORTED THIS ELEGAL VISIT, THROUGH A U.S. 1983 CIVIL RIGHTS COMPLAINT CASE NO. C-0605554 ON THE SERGEANT NAVARRETE #553 THAT LIE TO THE OFFICERS THAT HE WANTED TO SPEAK TO ME, WHEN IT WAS A LIE, HE SET ME UP WITH MY ENEMIES THE F.B.I, THE SERGEANT NAVARRETE LIE AGAIN, ON HIS RESPONSE, ON THIS GRIEVANCE FORM LOG NO 65571... I HAVE NEVER SPOKEN WITH THESE SERGEANT IN THE PASS FOUR YEARS AND HALF THAT I BEEN IN CUSTODY OR KNOWN HIM!... ITEM 7.. I WAITED EXACTLY THE SIXTY DAYS TIME FRAME, FOR THE "ITEM 6" GRIEVANCE FORMS LOG NO 65353- AND 65571 TO BE RETURNED BACK TO ME WITH THE OFFICERS RESPONSIBLE, FOR SETTING ME UP WITH THIS ELEGAL VISIT, I ASKED FOR THE LOG NUMBERS ON THIS TWO GRIEVANCES FORMS, 65353 & 65571 MANY TIMES, I HAD NO RESPONSE FROM THE JAIL ADMINISTRATION STAFF, ON THIS COMPLAINTS, THAT I HAD TO FILED THE THIRD GRIEVANCE FORM, LOG NUMBER 66110 ON 07-15-2006. JUST FOR ME TO GET THE LOG NUMBERS ON THIS GRIEVANCES FORMS, THE LT FISHER, IS CONTRADICTING HERSELF SEE "ITEM 5" THE LT. FISHER, HERSELF TELLING ME TO EXERCISE MY RIGHTS, INTO REFUSING THIS ELEGAL VISITS BY THESE SPECIAL AGENTS, THAT ARE TRYING TO, TELL ME THAT ITS COOL, ABOUT THE HOMICIDE THAT I COMMITTED AND THAT THEY ALL COVER UP, AND FRAMED THE WRONG PERSON FOR MY CRIME, AND MADE IT ME, A GOVERNMENT OPERATIVE, TO FULLY COVER UP THIS HOMICIDE. I DON'T REGRET KILLING THAT MALE AT ALL! I WOULD OF NEVER SAID NOTHING ABOUT THIS HOMICIDE CONSPIRACY, IF THE AGENT SUSAN WOULDN'T TRIED TO BLACK MAILED WITH THIS COVER UP, AND HER SEXUAL HARRASSMENT TOWARD ME, MAKES ME SICK! I HAD TO DEAL WITH HER SEXUAL HARRASSMENT FOR 3 1/2 YEARS!.. ON 07-26-06 THE CLASSIFICATION OFFICER KIRKLAND, SPOKE TO ME, WHILE I WAS WAITING IN THE COURT CELL, FOR MY COURT HEARING THESE OFFICER KIRKLAND ANSWERED THE THIRD GRIEVANCE FORM, LOG NO 66110 INTO THIS COMPLAINT ABOUT THIS ELEGAL VISIT, THE OFFICER KIRKLAND TOLD ME, THAT SERGEANT NAVARRETE, FUCK UP! AND THAT HE HAD COVER UP HIS ASS ON THE GRIEVANCE FORM, LOG NO. 65571, RESPONSE. I BEEN IN THE COUNTY JAIL SEGREGATED UNITS, SINCE 06-11-2005 BECAUSE OF THIS SAME PROBLEM, WITHOUT NO INFRACTIONS OR NO CLASSIFICATION REVIEWS, SINCE 06-11-2005 TO THIS VERY DATE 12-24-2007.. THE JAIL SEGREGATED ME BECAUSE OF THIS WHOLE SAME ISSUE! THE GOVERNMENT NEURO TECHNOLOGY ACTIVE WHILE INSIDE THIS JAIL

DEPRIVES FROM LIFE AND JUSTICE AND IT VIOLATES MY DUE PROCESS CONSTITUTIONAL RIGHTS, THE UNITED STATES OF AMERICA CONSTITUTION PROHIBITS ANY AND ALL CRUEL AND UNUSUAL PUNISHMENT WHILE IN CUSTODY AND THE RIGHT'S, TO FREELY EXERCISE MY DUE PROCESS RIGHTS WITHOUT BEING DISTURBED OR DEPRIVED BY THE GOVERNMENT. I'M A OPERATIVE BY FORCED WHILE INSIDE THIS JAIL, THE F.B.I AGENCY NEURO TECH HAS BEEN ACTIVE OPERATIVE ALL THIS YEARS, BY FORCED! BY THE F.B.I AGENCY....

ITEM 8... GRIEVANCE FORM LOG NO 71006. IS ONE OF THE MANY EXAMPLES, THAT I HAVE COMPLAINT TO THE JAIL STAFF, ABOUT WHAT THE F.B.I AGENCY, ARE DOING TO ME, DAILY, THROUGH THE AGENCY NEURO TECHNOLOGY..!

ITEM 9... WHEN I FIRST FILED, THE 1983 CIVIL RIGHTS COMPLAINT, CASE NO C-05-00495, IN WHICH THE COURT REGISTERED THIS COMPLAINT, AS (INTERNAL USE ONLY)... I FILED THIS COMPLAINT ON JANUARY/2005.. I TRIED ASKING THE COURT, WHAT IT COST, FOR THIS COMPLAINTS TO BE REGISTERED AND PROCESS OUT OF MY OWN JAIL ACCOUNT MONEY... I DON'T HAVE ANY MONEY NOW IN MY TRUST ACCOUNT, TO PAY FOR THIS SAME COMPLAINT CASE NO C-07-06135. I AM ENTITLE TO PROCEED WITH THIS SAME COMPLAINT, WITHOUT ME, HAVING TO PAID FOR IT AT THIS PRESENT TIME! I AM NOT EVEN INCONTACT WITH MY FAMILY, DUE TO ALL THIS ILLEGAL ACTIVITY THAT THESE GOVERNMENT SPECIAL OFFICIALS ARE DOING DAILY, AGAINST ME THROUGH THEIR AGENCY NEURO TECHNOLOGY.

... JUDGE RONALD M. WHYTE PLEASE ACCEPT MY WRITTENED MOTION, SHOWING PLENTY OF CAUSE, WHY MY ORIGINAL COMPLAINT SHOULD PROCEED IN THE COURT DUE PROCESS, ALL THE DIFFERENT U.S. DISTRICT COURT CASES NUMBERS, SHOULDN'T APPLIED, TO THE (PLRA) 28 U.S.C § 1915. BECAUSE IS THE SAME COMPLAINT, I AM AND I WAS PROTECTING MYSELF, FROM ANY FUTURE PROBLEMS, BY REPORTING IT THAT WAY TO THE U.S DISTRICT COURT. IN THE FUTURE IF ANYTHING BAD HAPPENS, I CAN SHOW THE COURTS, THAT I DID REPORTED WHAT THE PROBLEM WAS, AND THAT I WAS DENIED **JUSTICE**, OR A REGULAR DUE PROCESS INVESTIGATION INTO THIS SERIOUS TRUE MATTER! THAT HAS DESTROYED AND RUINED MY LIFE FOR EVER! THE UNITED STATES GOVERNMENT SPECIALSTYING INTELLIGENCE, NEURO TECHNOLOGY, ACTIVE IN MY BODY NERVES BY FORCED, IT VIOLATES ALL MY HUMAN RIGHTS.! I DON'T HAVE A LIFE ANYMORE JUDGE RONALD M. WHYTE! I DON'T CARE ABOUT MY FREEDOM! ALL I WANT IS JUSTICE! AND I WILL GET JUSTICE ONE WAY OR ANOTHER, I'M TRYING TO GET JUSTICE THE RIGHT LEGAL WAY. JUDGE WHYTE, WILL IT REALLY MAKE ANY DIFFERENCE, IF I PAID THE $350. DOLLARS FEE, JUST SO I CAN PROCEED WITH THIS TRUE COMPLAINT, IN YOUR COURT?? WILL IT MAKE A BIG DIFFERENCE?? WHEN THE ERROR IS BEING MADE, AND WAS MADED BY THESE IRRESPONSIBLE GOVERNMENT SPECIAL OFFICIALS, AND THEIR SECRET GOVT! NEURO TECHNOLOGY, THAT FOR THESE OFFICIALS IS HARD TO KEEP WHAT THEY WERE SWORN TO KEEP SECRET! THIS IS A VERY SERIOUS MATTER! AND CASE. THE F.B.I SPECIAL AGENTS THREATENED

ME, WITH DEATH, I DONT UNDERSTAND WHY THEY HAVENT KILLED ME YET ! THROUGH THIS NEURO TECHNOLOGY, THEY HAVE ABUSED ME, AND DONE IT ALL, TO ME THROUGH THIS NEURO TECH. I WILL TAKE DEATH. MIGHT AS WELL ! I BELIEVE THEY HAVENT KILLED ME YET, BECAUSE I REPORTED THIS MATTER, TO ALOT OF PEOPLE, AND I WILL CONTINUE, UNTIL YOU ISSUE, CORRECT OFFICIAL JUDGEMENT ! I HAVE ALL THE PATIENCE, AND THE TIME YOU WISH TO TAKE, ON THIS TRUE MATTERS ! WHAT EVER LIFE I HAVE LEFT TO LIVE, THATS MY PATIENCE JUDGE RONALD M. WHITE !... I LEAVE MY MATTER IN YOUR HANDS, ! I WILL CONTINUE WITH THIS SAME COMPLAINT UNTIL I GET JUSTICE. I WILL CONTINUE DISCLOSING THE GOVERNMENT SECRET NEURO TECHNOLOGY, TO EVERYBODY UNTIL I GET JUSTICE ! ERRORS LIKE THIS, ARE NOT TO BE COVER UP !, CORRECTION IS THE RIGHT JUDGEMENT INTO THIS TRUE MATTER. JUDGE RONALD M. WHITE, PREJUDICE, IS NOT THE RIGHT JUDGEMENT ! IM THE VICTIM HERE ASKING FOR JUSTICE ... WHAT YOU WOULD DO, IF YOU WERE ME, IN MY SITUATION, YOUR FAITH YOUR JUDGEMENT.

SINCERELY TRUTHFULLY

[illegible signature]

I WILL DISTURBED MY FAMILY, SO I CAN PAID THE $ 350 DOLLARS FEE, IF THAT WILL MAKE A DIFFERENCE IN YOUR COURT ROOM. I REALLY HOPE THAT I SHOW PLENTY OF CAUSE TO THE COURT, OF WHY THE COURT SHOULDNT DISMISSED MY SAME COMPLAINT, BY THE SENDING ITEM ONE TO ITEM NINE, TO SHOW CAUSE. ITEM ONE, PAGE TWO, COLUMN ONE AND TWO... DATED 06-22-07 THE COURT REQUESTED FROM ME, TO WRITE THE COURT IN A SEPARATE WRITTEN ORDER, REQUESTING TO REOPEN THE SAME ACTION CASE NO C-0502276. THATS WHAT I AM DOING RIGHT NOW, AND BEEN DOING SINCE JUNE/2007 WITH NO RESPONSE FROM THE COURT ...

JUDGE RONALD M. WHITE, WOULD YOU LIKE, TO HAVE IN YOUR BODY NERVES AN IMPLANTED NEURO TECHNOLOGY MICROSYSTEM, AND HAVE YOUR WORST ENEMY MESSING WITH YOUR BODY NERVES, AND VIOLATING YOUR PRIVACY AND DISTURBING YOUR DAILY LIFE ? AND AT THE SAME TIME, TELLING YOU, WHAT HE OR SHE IS DOING TO YOU, MANIPULATING YOU 24 HOURS DAILY ? WOULD YOU LIKE THAT JUDGE WHITE ?

ITEM 1
TWO PAPERS FOR ITEM 1

FILED

JUN 22 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PETER CHAVEZ GODINEZ,

Plaintiff,

v.

FBI SPECIAL AGENT ERIC LAMOE, et al.,

Defendants.

No. C 07-3143 RMW (PR)
C-05022276

ORDER CORRECTING ERRONEOUS FILING; CLOSING CASE; INSTRUCTIONS TO CLERK

Plaintiff, a detainee at the Santa Clara County Jail and frequent litigant in this court, filed the instant civil rights complaint pursuant to 42 U.S.C. § 1983 and a motion to proceed in forma pauperis on June 14, 2007. Plaintiff filed an earlier civil rights action in this court, in case no. C 05-2276 RMW (PR), which was dismissed as frivolous, alleging similar claims against the same defendants as the instant complaint. Here, plaintiff requests that the court reopen his earlier case and reconsider his claims. Plaintiff also refers to his earlier action in the instant complaint.

It appears the instant complaint was mistakenly received and opened as a new case in this action. Because the instant case was opened erroneously, the clerk shall terminate all pending motions and close the file. The clerk shall copy the complaint (docket no. 1) in the instant case and transfer the document to case no. C 05-2276 RMW (PR).

The court will address plaintiff's request to reopen his earlier action in case no. C 05-2276 RMW (PR) in a separate written order.

IT IS SO ORDERED.

DATED: 6/22/07

Ronald M. Whyte
RONALD M. WHYTE
United States District Judge

[illegible]



ITEM TWO, TOTAL OF TWO PAGES
(2)

# COUNTY OF SANTA CRUZ

OFFICE OF THE COUNTY COUNSEL
701 OCEAN STREET, SUITE 505, SANTA CRUZ, CA 95060-4068
(831) 454-2040 FAX: (831) 454-2115

DANA MCRAE, COUNTY COUNSEL

*Chief Assistant*
**Rahn Garcia**

*Assistants*
**Harry A. Oberhelman III**
**Samuel Torres, Jr.**
**Marie Costa**
**Jane M. Scott**
**Tamyra Rice**
**Pamela Fyfe**
**Julia Hill**
**Shannon M. Sullivan**
**Miriam L. Stombler**
**Jason M. Heath**
**Christopher R. Cheleden**

*Special Counsel*
**Dwight L. Herr**
**Deborah Steen**

August 1, 2005

Peter Chavez Godinez
DTL 957
Bkg 04060611 4C31
885 N. San Pedro Street
San Jose, CA 95110

RE: County of Santa Cruz v Peter Chavez Godinez
Santa Cruz County Superior Court CV 151991

Dear Mr. Godinez:

I represent the County of Santa Cruz in its Petition for a workplace restraining order on behalf of Assistant District Attorney Christine McGuire. This petition was filed because of the threatening tone of your recent letters towards Ms. McGuire. The Judge in Dept. 6 continued the hearing on the petition to August 18, 2005, at 8:30 am, because there had no response from you using the form provided.

Your letters to the Ms. McGuire and the Superior Court refer to the prosecution of Esteban Pantoja on homicide charges. As was stated in the petition, Ms. McGuire was not the prosecuting attorney who handled that case. Your letters have been forwarded to the prosecuting attorney for review. Ms. McGuire has no control of what action if any will be recommended in that case. If you do not want to contest this petition, you may file the enclosed response form and indicate you consent to the order.

I am enclosing another copy of the Response to Petition should you care to file a response. Thank-you.

Very Truly yours,

DANA McRAE, COUNTY COUNSEL

By /Harry A. Oberhelman III
HARRY A. OBERHELMAN, III
Assistant County Counsel

/HAO
Enclosure (1)
Cc Tim Fukai, Esq. A 7193

S:\csl013\WPDOCS\GENERAL\godinezletter.doc

ITEM 3

(MAIN JAIL CENTRAL COMPUTER)

COPY

59224

Main Jail [ ] Elmwood [ ]
Main Jail South [ ] CCW [ ]
North County Jail [ ] WRC [ ]

SANTA CLARA COUNTY DEPARTMENT OF CORRECTION

**INMATE GRIEVANCE FORM**

"No I'm not delusional or having hallucinations"

| INMATE'S NAME: PETER CHAVEZ GODINEZ | BOOKING NUMBER: DTL 957 04060611 | HOUSING UNIT: 8C13 |
|---|---|---|

DETAILS OF GRIEVANCE. PRINT! BE SPECIFIC!: I been in custody since 06-15-2003. On the above date 08-31-2003 approx 930 AM on the facility of Elmwood M-3-C, I received a visit from special agent Eric Lamoe F.B.I. (408) 535-4646. and on the above date 02-24-2005 approx 1030 hour unit officer Shipman cam to my cell and advise me that I have a visit and that there was two higher ranking officers that wanted to speak with me. officer Shipman escorted me to this visit, to my surprise this two agents were secret service agents. The reason why I'm writing this complaint, is because in the future or near future I will highly appreciate if the central main jail computer can select this types of visits for my own protection!!! this of visits can go through my attorney. I am a professional person that's the reason why I get didn't disrespected this secret agents, in the future I don't want this visits surprises, I get of harrassment with the science intell sh C.I.A special forces signals daily basics. !!!!!

WHAT SOLUTION ARE YOU RECOMMENDING?: No higher Government officials visits!! Please. "NO"

Your Signature: Peter Chavez Date: 02/25/05 Time: 1:30 AM/PM

(Do NOT write below this line. Use additional sheets if necessary)

Received from Inmate on:
Day: FRIDAY Date: 02/25/05 Time: 1461 Officer: [signature] #2402 Team: B

RESPONDING OFFICER'S STATEMENT (Please print): YOU MAY REFUSE ANY/ALL VISITS AND INTERVIEWS IN THE FUTURE (PER SGT. LE)

[ ] Resolved [X] Refer to Level II

Officer's Name: SHIPMAN #1964 Team: D Date: 3/2/05

SUPERVISOR'S ACTION: YOU HAVE THE RIGHT TO DENY A VISIT OR INTERVIEW. WE DON'T SCREEN VISITOR FOR INMATES.

[X] Resolved [ ] Refer to Level III

Supervisor's Name: [signature] 2872 Team: D Date: 3/2/05

SHIFT LIEUTENANT REVIEW: [ ] Concur [ ] Reversed

[Handwritten, largely illegible:] ... 3, right after I filed the U.S.C. 1983 civil rights complaint ... on the U.S. District Court the secret service ... the secret service ... me about the F.B.I. agents, I told them ... forget about my charges, that they would take care of that, we ... with each other, they told me that ... going to work with their family to keep their neuro technology secret because it was their technology ... within a week after, all my family were interview by the secret service agents, my family got scared"

SUPPORT SERVICE RESPONSE: Unit Assigned: Team D Date Assigned: 2/28/05
Date Due: 3/14/05

Response by: ______ Title: ______ Date: __/__/__ Time: ______

FACILITY COMMANDER/DESIGNEE REVIEW: [X] Concur [ ] Reversed

SIGNATURE: [signature] Date: 3/3/05 Time: 0907

RESPONSE RETURNED TO INMATE: Date: 3/3/05 Time: 900 AM By: [signature]

Distribution: White-Administration Canary-Inmate (Final Disposition) Pink-Inmate (Initial Receipt)

[Left margin, handwritten:] I was not ... visits, but I don't want to see their face

ITEM 4

# County of Santa Clara

Department of Correction

180 West Hedding Street
San Jose, California 95110-1772
(408) 299-4005 FAX 288-8271

Edward C. Flores
Chief of Correction

March 7, 2005

Mr. Peter Chavez, #04060611
Main Jail Facility
885 North San Pedro Street
San Jose, CA 95110

SUBJECT: Your letter dated March 1, 2005

Dear Mr. Chavez:

This correspondence comes in response to your letter dated March 1, 2005, regarding visits and your grievance.

I will refer your letter to Captain T. Wong, Main Jail Commander. I am always concerned when any person feels there is a situation/problem here in our facility. I am confident Captain Wong will have someone look into your concerns.

(ITEM 4) I RELATED ALL THIS ISSUE TO THE CHIEF OF THIS JAIL [illegible] BECAUSE I FELT THREATENED BY THE COMMENT THAT THE SECRET SERVICE AGENTS GAVE IT ME, I WROTE THE GRIEVANCE FORM (ITEM 3) FOR THE MAIN PURPOSE, OF KEEPING ALL SPECIAL AGENTS AWAY FROM ME, I FEEL THREATENED BY THEM, I KNOW HOW EVIL THEY ARE, I MEAN I KILLED A MALE ON THEIR SUPERVISION AND THEY COVER THAT CRIME AND FRAMED AN INNOCENT MEN, ON A HOMICIDE THAT I COMMITTED, AND THAT I RECORDED WITH THE AGENCY SECRET RECORDER CAMERA PAGER. WITHIN A WEEK AFTER THE SECRET SERVICE AGENTS VISIT 02-24-05, ALL MY FAMILY WERE INTERVIEWED BY THE SECRET SERVICE, MY FAMILY GOT IN CONTACT WITH ME IN JAIL AND ASKED ME, THAT WHAT DID I DID WRONG? MY FAMILY NEVER SEEING THOSE TYPES OF AGENTS IN THEIR LIFES. NOW MY WHOLE FAMILY IS SCARED, BECAUSE THEY ALL KNOW WHAT THE SPECIAL OFFICIALS COMMITTED WITH ME, MY FAMILY KNOW THAT I KILLED THAT MALE, WHILE THE GOVERNMENT WERE [illegible] ME, MY FAMILY ALL KNOW THAT SOMEBODY IS GOING TO KILLED IN THE NEAR FUTURE, FOR WHAT THE AGENTS ARE DOING TO ME AND HAVE DONE TO ME BY FORCED. THE AGENTS STARTED ALL THIS MESS I [illegible] WILLING TO DIE FOR MY RIGHTS ON THIS MATTER. [illegible] CHIEF AND THE JAIL CAPTAIN AND LT. [illegible] ARE ALL [illegible] [illegible] ON THIS MATTER, WITH THEIR OWN RESPONSES INTO THIS WHOLE MATTER...

Sincerely yours,

[signature]

Edward C. Flores
Chief of Correction

ECF:pl

cc: Captain T. Wong, Main Jail Commander
Internal Affairs

County of Santa Clara
Department of Correction

180 West Hedding Street
San Jose, California 95110-1772
(408) 299-4005 FAX 288-8271

Edward C. Flores
Chief of Correction

17 -C

March 9, 2005

Mr. Peter Chavez, Booking #04060611
C/o Department of Correction
885 North San Pedro Street
San Jose, CA 95110

Subject: Your Letter Dated March 1, 2005

Dear Mr. Chavez:

I am in receipt of your letter dated March 3, 2005, regarding refusing visitation at the Main Jail and your grievance.

You have the right to refuse any visit. You may exercise that right if Agent Worthy visits you. Attached is a copy of your grievance.

Thank you for bringing this matter to our attention.

Sincerely,

JF 233

Lieutenant Janet Fischer, CJM
Assistant Division Commander

JF:ba

cc: Edward C. Flores, Chief of Correction
Captain Toby Wong, Main Jail Commander

Board of Supervisors: Donald F. Gage, Blanca Alvarado, Pete McHugh, James T. Beall, Jr., Liz Kniss
County Executive: Peter Kutras, Jr.

ITEM 6

Main Jail [X]
Main Jail South [ ]
North County Jail [ ]

# SANTA CLARA COUNTY DEPARTMENT OF CORRECTION
## INMATE GRIEVANCE FORM

65571

Elmwood [ ]
CCW [ ]

THERE] ALSO A SUPERIOR COURT ORDER, CASE NO 105CV 041696 FOR THIS SEXUAL MATTER NOT TO THIRD PLACE

| INMATE'S NAME: PETER CHAVEZ GODINEZ (SECOND GRIEVANCE, SAME ISSUE) | BOOKING NUMBER: 04060411 (DTL 957) | HOUSING UNIT: 4C2 Room 17 |
|---|---|---|

**DETAILS OF GRIEVANCE. PRINT! BE SPECIFIC!:** SECOND GRIEVANCE ON SAME MATTER, THE FIRST GRIEVANCE WAS NOT SIGNED BY THE SERGEANT, OR GIVENED A LEVEL OF RESPONSE OR GRIEVANCE NUMBER. I HAVE FIRST AND SECOND INITIAL AND FINAL DISPOSITION GRIEVANCE RECEIPT BUT WITH NO ANSWERS - JUST LIKE MY STATE CRIMINAL CASE NO. FF-302126 — ON THE ABOVE DATE 05-15-2006 APPROX 1030 AM UNIT OFFICER GONZALES, WHILE PASSING LUNCHES ADVISED ME THAT CLASSIFICATION WANTED TO SPEAK WITH ME, TO GET READY FOR AN INTERVIEW. AT APPROX 1050 AM UNIT OFFICER GONZALES ESCORTED ME OUT OF THE UNIT, AND ESCORTED ME TO THE SECOND FLOOR TO SPEAK WITH CLASSIFICATION SERGEANT NAVARRETE. "(ALL THIS WAS A LIE BY JAIL STAFF.)" I NEVER TALK OR SPEAKE WITH NO SERGEANT NAVARRETE, I WAS TAKENED TO A STAFF ROOM WHERE F.B.I SPECIAL AGENTS SPEAK TO ME BY FORCED CONCERNING MY DISTRICT COURT CASE NO C-0500495. AND MY PRESENT STATE CASE NO FF-302126 AND MY RELEASE BEING ISSUE, THEY TALK WITH ME CONCERNING THEIR F.B.I GOV. INTERNAL SPECIAL SPYING (INTELL) TECHNOLOGY AND THE F.B.I SPECIAL PRIVATE INVESTIGATOR "SUSAN" AND HER PROBLEM WITH ME, THIS SPECIAL AGENTS TRIED BRAIN WASHED ME, AND OFFERED ME A LETTER OF APOLOGY BY THE AGENT SUSAN TOMBE. I TOLD THIS F.B.I SPECIAL AGENTS TO FUCK OFF AND THAT IF I WOULD SEE THEM AGAIN, I WILL KILLED THEM FOR VIOLATING MY CONSTITUTIONAL DUE PROCESS RIGHTS, ON MY PRESENT STATE CASE NO FF-302126 BY THERE 24 HOURS CRIME PUNISHMENT ON ME, WITH THEIR ACTIVE OPERATIVE GOV. INTELL CENTRALIZE TECHNOLOGY ON MY BODY, INTERNAL CENTRALIZE COMMUNICATION SIGNALS. I ORDER THIS SPECIAL AGENTS TO TURN OFF THEIR GOV. TECHNOLOGY FROM MY BODY, AND TO FUCK OFF AND TO NEVER COME AROUND ME AGAIN, I DIDN'T AGREE TO THIS COVER UP, I WARNED THIS SPECIAL AGENTS THAT I WAS GOING TO FILE THIS COMPLAINT AS SOON AS I WAS BACK IN MY UNIT. AT APPROX 11:40 AM UNIT OFFICER GONZALES OUT TO THE STAFF ROOM, WHERE I WAS BEING INTERVIEW BY FORCED BY THIS TWO

**WHAT SOLUTION ARE YOU RECOMMENDING?** THATS YOUR HOME WORK.

Your Signature: [signature] Date: 05/17/2006 Time: 3:30 AM/PM

(Do NOT write below this line. Use additional sheets if necessary)

---

Received from Inmate on: Day: WED Date: 5/17/06 Time: 0630 Officer: Gonzales T 2153 Team: A

RESPONDING OFFICER'S STATEMENT (Please print): ______

[ ] Resolved [X] Refer to Level II

Officer's Name: ______ Team: ____ Date: __/__/__

---

SUPERVISOR'S ACTION: Inmate Chavez I spoke with you and told you the two agents next to me wanted to speak with you. The agents identified themselves and showed their I.D. I asked you if you wanted to talk with them. You replied in a positive manner and said you would talk with agents.

[X] Resolved [ ] Refer to Level III

Supervisor's Name: Sgt Navarrete Team: A Date: 05/17/06

---

SHIFT LIEUTENANT REVIEW: [ ] Concur [ ] Reversed

(ITEM 10) THIS IS THE SECOND GRIEVANCE FORM ON THE SAME COMPLAINT, THE JAIL DID NOT WANTED TO REGISTER THIS COMPLAINT / THE FIRST COMPLAINT WAS FILED ON 05-15-06, GRIEVANCE FORM LOG NO 65353. THIS IS AN ELEGAL VISIT, SIGNED BY THE WITNESS OFFICER T. GONZALES #2153. IF I WAS LYING ON THIS COMPLAINT THE WITNESS OFFICER T. GONZALES, WOULD OF NOT RECOMMENDED ME TO WRITE THIS COMPLAINT, AND IF I WAS LYING THESE SAME OFFICER T. GONZALES, WOULD CORRECTED THIS COMPLAINT WITH HIS OWN RESPONSED / THE SGT NAVARRETE #563 LIE, ON HIS RESPONSE IN THIS FORM, I DON'T EVEN KNOW THIS SARGEANT! HE LIE. I SPOKE TO OFFICER KIRKLAN, FROM THE JAIL CLASSIFICATION ABOUT THIS SAME MATTER, 3 MONTHS LATER, AND OFFICER KIRKLAN TOLD ME, THAT SGT NAVARRETE COVER UP HIS ASS, ON THIS ERROR HE DID WITH ME. THE F.B.I SPECIAL AGENTS, SUPERVISORS, ADVISED ME THAT WE NEEDED TO RESOLVED THE CASES C-0502276 AND C-0500495, OUR SELVES. THEY ASKED ME IF I DIDN'T ACCEPT AN APOLOGY LETTER FROM THE AGENTS THAT COMMITTED ALL THIS MESS WITH ME, THAT THEY WERE GOING TO RESIGNED FROM THE AGENCY; THEY ALSO TOLD ME THAT THE HOMICIDE THAT I COMMITTED WHILE ON THEIR SUPERVISION, THAT THE DISTRICT ATTORNEY'S OFFICE, DID NOT WANTED TO CHARGED ME WITH THAT CRIME BECAUSE IT WAS A MANSLAUGHTER CHARGE, NOT SERIOUS! WE GOT SLOPPY IN THIS ELEGAL VISIT, VERBAL ALTERCATION BETWEEN BOTH OF US THREE. THE VISIT WAS TERMINATED... THERE'S A FULL REPORT TO THIS ALTERCATION, IN THE JAIL...

Response by: ______ Title: ______ Date: __/__/__ Time: ______

---

FACILITY COMMANDER/DESIGNEE REVIEW: [✓] Concur [ ] Reversed

SIGNATURE: [signature] Date: 5/26/06 Time: 1440

---

RESPONSE RETURNED TO INMATE: Date: 05/31/06 Time: ______ By: [initials]

Distribution: White-Administration Canary-Inmate (Final Disposition) Pink-Inmate (Initial Receipt)

Main Jail [ ] South [ ] North County Jail [ ]

SANTA CLARA COUNTY DEPARTMENT OF CORRECTION
**INMATE GRIEVANCE FORM**

6640

Elmwood [ ] CCW [ ] WRC [ ]

| INMATE'S NAME: PETER CHAVEZ GODINEZ | BOOKING NUMBER: DTL 957 04060611 | HOUSING UNIT: 4C2 Room 17 |
|---|---|---|

DETAILS OF GRIEVANCE. PRINT! BE SPECIFIC!: THIS IS THE THIRD GRIEVANCE THAT I WRITE, ON THIS SAME MATTER, I HAVE THE GRIEVANCE FORM RECEIPTS OF THE TWO SAME GRIEVANCES I FILED ON THE DATE 05-15-2006 AND 05-17-2006, SIGNED BY THE WITNESS, UNIT OFFICER T. GONZALES, BADGE NO. 2153... SAME COMPLAINT GOES AS ..., ON THE ABOVE DATE, 05-15-2006 APROX 10:30 AM, UNIT OFFICER GONZALES, WHILE PASSING OUR UNIT LUNCHES, ADVISED ME THAT I ... AN INTERVIEW WITH CLASSIFICATION, THAT THE JAIL CLASSIFICATION SERGEANT NAVARETTE WANTED TO SPEAK WITH ME..." TO GET READY... APROX 10:40 ... UNIT OFFICER GONZALES ESCORTED ME OUT OF THE 4C UNIT, AND ESCORTED ME TO THE SECOND FLOOR, TO SPEAK WITH SERGEANT NAVARETTE. "ALL WAS A LIE BY JAIL CLASSIFICATION SERGEANT NAVARETTE, AND STAFF... WHILE ON THE SECOND FLOOR, I WAS ESCORTED IN TO A STAFF MEETING ... AND [illegible] TWO FBI SPECIAL AGENTS, WALK IN AND FORCED ME IN TO HEARING BOTH OF THEM, WHAT THEY HAD TO SAID, [illegible] INTERNAL CASE NO. C-0[illegible]95, I TOLD BOTH OF THIS AGENTS, THAT I DID NOT WANTED TO SPEAK WITH THEM" AND THAT THE [illegible] ... MY UNIT, I WAS GOING TO FILE A COMPLAINT ON BOTH OF THEM, FOR TRICKING ME, AND I BACK AWAY FROM THEM, BECAUSE THEY ... ENEMIES, I TOLD THEM TO FUCK OF" AND THAT IF I EVER SEE THEM IN THE NEAR FUTURE, I WILL KILLED THEM, FOR VIOLATING MY ... DUE PROCESS CONSTITUTIONAL RIGHTS, ON MY STATE CASE NO FF[illegible]. (CONTINUE ON SECOND PAGE OF THIS GRIEVANCE FORM) →

WHAT SOLUTION ARE YOU RECOMMENDING?: I NEED THE "LOG NUMBER" AND THE "STATUS" OF THIS SERIOUS COMPLAINT". THE TIME FRAME ... CERTAIN COMPLAINT IS DUE...

Your Signature: [signature] Date: 07/15/2006 Time: 8:10 AM/PM
(Do NOT write below this line. Use additional sheets if necessary)

Received from Inmate on:
Day: SAT Date: 07/15/06 Time: 2209 Officer: K. LEONG 2655 Team: C

RESPONDING OFFICER'S STATEMENT (Please print): FOWARDED TO APPROPRIATE LOCATIONS.

FOWARDED TO PSYCH FOR EVALUATION + FOWARDING TO SERGEANT.

[ ] Resolved [✓] Refer to Level II

Officer's Name: K. LEONG Team: C Date: 07/15/06

SUPERVISOR'S ACTION:

I CONCUR W/ OFFICER KIRKLAND

[X] Resolved [ ] ~~Refer to Level III~~

Supervisor's Name: [signature] Team: CLASS/INTEL Date: 7/19/06

SHIFT LIEUTENANT REVIEW: [ ] Concur [ ] Reversed

SIGNATURE: Date: / / Time:

SUPPORT SERVICE RESPONSE: Unit Assigned: Classification Date Assigned: 7/19/6
Date Due: 07/22/06

PC - an outside agency would like to speak with you, you may refuse the interview.

Response by: [signature] #475 Title: Date: 7/19/6 Time: 1415

FACILITY COMMANDER/DESIGNEE REVIEW: [✓] Concur [ ] Reversed

SIGNATURE: [signature] Date: 7/20/06 Time: 1800

RESPONSE RETURNED TO INMATE: Date: 07/21/06 Time: By [initials]

Distribution: White-Administration Canary-Inmate (Final Disposition) Pink-Inmate (Initial Receipt)

6885 REV 7/92

CONTINUE FROM PAGE ONE, DETAILS OF GRIEVANCE...

THIS AGENTS, KNOW ABOUT THE RESTRAINING ORDER I HAVE AGAINST THEM, AND THE F.B.I AGENCY, F.B.I SPECIAL AGENT ERIC LAMDE. THIS AGENTS TRIED, TO BRAIN WASHED ME, INTO ACCEPTING AND APPOLOGY FROM THE AGENCY, FOR VIOLATING MY DUE PROCESS RIGHTS, AND ALL CONSTITUTIONAL RIGHTS THIS PAST, 3 1/2 YEARS. DAILY, 24 HOURS WITH THEIR CENTRALIZED INTERNAL COMMUNICATION, "SPECIAL FORCES SIGNALS" CLASSIFIED GOVERNMENT TECHNOLOGY INTELL.... THIS AGENTS ADVISED ME, THAT IF I DID NOT ACCEPT AN APOLOGY THE AGENTS WERE GOING TO GET FIRED" I TOLD THIS SON OF BITCHES TO FUCK OF "( I HAVE A WHOLE WRITENED STATEMENT CONCERNING THIS UNEXPECTED, SURPRISED VISIT, THAT THE JAIL CLASSIFICATION SERGEANT NAVARETTE SET ME UP WITH.") I WILL ISSUE THIS WHOLE WRITENED STATEMENT TO THE JAIL OFFICER INVESTIGATING THIS SERIOUS MATTER" I WROTE THIS STATEMENT RIGHT AFTER THIS VISIT.."

1) I BEEN IN CUSTODY SINCE 06-15-2003.. ON THE ABOVE DATE 08-31-2003, F.B.I SPECIAL AGENT ERIC LAMDE (VOB) 5354646, CAME TO VISIT ME AT THE [illegible], M.B.C UNIT, HE TOLD ME, THAT HE WAS GOING TO CLEAR ME OUT OF THIS PRESENT MATTER I TOLD HIM TO FUCK OF ///...

2)

3) ON THE ABOVE DATE 02-05-2005, I REGISTER ON THE U.S. DISTRICT COURT, A COMPLAINT, ON THE F.B.I AGENCY... THE U.S. DISTRICT COURT, REGISTERED THIS CASE, INTERNAL USE ONLY.... CLASSIFIED... CASE NO.. C.0500495..

4) ON THE ABOVE DATE, [illegible] TWO SECRET DEFENSE AGENTS, VISIT ME, HERE IN JAIL, AND ADVISED ME TO ACCEPT THE GOVERNMENT INTELL TECHNOLOGY SECRET".. BECAUSE ITS GOVERNMENT CLASSIFIED... I TOOKED THEIR ADVISED AS A THREAT" I FILED GRIEVANCE, ON THIS MATTER LOG NUMBER 59224...

5) I REPORTED THIS ISSUE TO THE CHIEF EDWARD C. FLORES, THE CHIEF INTERNAL AFFAIRS UNIT, WRITES ME TO INFORM ME, THAT THIS MATTER, WAS ASSIGNED TO THE JAIL CAPTAIN WONG... ON THE ABOVE DATE 03-07-2005..

6) ON THE ABOVE DATE 03-09-2006 THE CAPTAIN TOBY WONG, WRITES ME AND TELLS ME, THAT IN THE FUTURE TO REFUSE AND EXERCISE MY RIGHTS, THAT I COULD REFUSED ANY VISIT "SPECIALLY IF THE C.I.A AGENT [illegible]

7) ON THE ABOVE DATE, 05-24-2005 I FILED A SUPERIOR COURT RESTRAINING ORDER, ON THE F.B.I AGENCY, AND F.B.I SPECIAL AGENT, ERIC LAMDE. CASE NO.. 105CV041646.... COURT APPROVED...///

8) ON THE ABOVE DATE, 05-15-2006, CLASSIFICATION SERGEANT NAVARETTE, LIES TO THE UNIT OFFICERS, AND SETS ME UP, WITH THIS F.B.I SPECIAL AGENTS..// THE COURT ORDER GETS VIOLATED" THIS VISIT WAS NOT A GOOD ONE "" NOT NICE". SAME DAY I FILED A GRIEVANCE, SIGNED BY THE UNIT OFFICERS GONZALES." THE GRIEVANCE IS RETURNED TO ME, WITHOUT BEING ANSWER.. THE CANARY RECEIPT ONLY.. ON [illegible] 3:30 AM..

9) I REFILED THIS SAME GRIEVANCE ON A NEW FORM, ON 05-17-2006 3:30 AM, SAME WITHNESS OFFICER GONZALES SIGNED, AND GAVED ME A COPY, OF THIS GRIEVANCE ON 05-19-2006 6:30 AM...

10) I REPORTED THIS MATTER TO THE LT. JANET FISHER., THROUGH A LEGAL LETTER. LT. FISHER ANSWER ME, CONCERNING THIS MATTER, BUT DID NOT ISSUE ME THE LOG NUMBER TO THIS GRIEVANCE, LT FISHER WROTE ME ON 06-06-06.

NOW

TO THIS VERY DAY 07-15-2006, TWO MONTHS AFTER THIS INCIDENT TOOKED PLACE, I HAVENT RECEIVED NO LOG NUMBER TO THIS GRIEVANCE, THE CLASSIFICATION SERGEANT NAVARETTE, ON THE ABOVE DATE 05-17-2006 AT APPROX 7:10 AM CAME TO THE 4 FLOOR TO PICK MY SECOND GRIEVANCE FORM PERSONALLY -- I WAS INFORM OF THIS BY STAFF-- "

FINAL CONCLUSION

SIX MONTHS BEFORE, MY JAIL HOUSING LIVING CONDITIONS, CHANGED.. I REPORTED THIS MATTER TO THE HIGHEST JAIL OFFICIALS.. BECAUSE I KNEW THAT I WAS GOING TO END UP, IN THIS TYPE OF JAIL SEGREGATION UNITS.. FOR THE F.B.I AGENCY FAULT" I'M A ACTIVE OPERATIVE, C.I.A.. I WAS ASSIGNED BY THE F.B.I AGENCY TO THEIR SPECIAL PRIVATE INVESTIGATORS C.I.A.... THE AGENCY SECRET CENTRALIZE INTERNALIZED COMMUNICATION, TECHNOLOGY, INTELL, VIOLATES ALL MY RIGHTS " ALL.. I HAVE GOVERNMENT SECRET IMPLANTED TECHNOLOGY IN MY BODY THAT ALLOWES THE AGENCY TO COMMUNICATE WITH ME SECRETLY, INTERNAL AFFAIRS IS AWARE OF THAT"... THE MAIN POINT HERE IS THAT I NEED THE LOG NUMBER, TO THE GRIEVANCE I WROTE ON 05-15-2006. ITS IN REGARDS TO MY ACTIVE CASE.. I NEED THE STATUS".. LOG NUMBER... I HAVE ALL LEGAL COPIES..."

ITEM 8

Main Jail [X]
Main Jail South [ ]
North County Jail [ ]

SANTA CLARA COUNTY DEPARTMENT OF CORRECTION
**INMATE GRIEVANCE FORM**
04060611

# 71006

Elmwood [ ]
CCW [ ]
WRC [ ]

| INMATE'S NAME: PETER CHAVEZ GODINEZ | BOOKING NUMBER: DTL957 03031558 | HOUSING UNIT: 4C2 → ROOM 17 |
|---|---|---|

DETAILS OF GRIEVANCE. PRINT! BE SPECIFIC!: GRIEVANCE CONCERNING LOG NO 70880 GRIEVANCE FORM, RESPONSED THE RESPONSE IN THAT FORM IT IS NOT THE CORRECT RESPONSE. I'M ASKING FOR FURTHER INVESTIGATION INTO THIS SERIOUS MATTER. IT AFFECTS MY LIVING AND CONFINEMENT CONDITIONS. THE UNITED STATES GOVERNMENT, SPECIAL SPYING INTELLIGENCE, NEURO UNIVERSAL MICROSYSTEM TECHNOLOGY, IMPLANTED IN MY BONE NERVES, BONES AND SKIN, BEING ACTIVE WHILE INSIDE THIS DEPARTMENT OF CORRECTIONS, IT VIOLATES ALL MY HUMAN RIGHTS AND CONSTITUTIONAL DUE PROCESS RIGHTS. THIS ILLEGAL GOVT NEURO TECHNOLOGY HAS BEEN ACTIVE 24 HOURS DAILY, EVERY SECOND SINCE 06-15-2003, TO THIS VERY DATE 10-15-2007 INSIDE THIS DEPARTMENT, JUST AS A MANIPULATION AND CRUEL DISTURBING PUNISHMENT BY THE SPECIAL OFFICIALS DOING GOVT DOMESTIC SECRET HUMAN SPECIAL SPYING INTELLIGENCE. I WORKED WITH THE GOVERNMENT IN THE PAST WITH THIS GOVT NEURO TECHNOLOGY, BUT I QUIT DUE TO THREATS AND SEXUAL HARRASSMENT, BY THE AGENT SUSAN, THE NEURO TECH, WAS TURNED OFF, AND PERMANENTLY TURN ON SINCE 11-30-02. BY THE F.B.I AGENCY, STUPID AGENT SUSAN AND ALL HER ASSOCIATES. THIS DEPARTMENT HAS INTERNAL AFFAIRS. I'M REQUESTING, WHAT I WROTE ON THE GRIEVANCE FORM LOG NO 70880.

WHAT SOLUTION ARE YOU RECOMMENDING?: I'M TAKING THIS MATTER TO THE COURT, I'M REQUESTING FURTHER INVESTIGATION

Your Signature: [signature] Date: 10 / 15 / 2007 Time: 22:40 AM/PM
(Do NOT write below this line. Use additional sheets if necessary)

Received from Inmate on:
Day: MON Date: 10 / 15 / 07 Time: 2300 Officer: GUERRA 2621 Team: C

RESPONDING OFFICER'S STATEMENT (Please print):

COPY

[ ] Resolved [X] Refer to Level II

Officer's Name: A Guerra #2621 Team: C Date: 10 / 16 / 07

SUPERVISOR'S ACTION: WE CANNOT INVESTIGATE ALLEGATIONS ABOUT THE U.S. GOVERNMENT.

[X] Resolved [ ] Refer to Level III

Supervisor's Name: LT FISCHER Team: A Date: 10 / 17 / 07

SHIFT LIEUTENANT REVIEW: [ ] Concur [ ] Reversed

SIGNATURE: Date: ___/___/___ Time:

SUPPORT SERVICE RESPONSE: Unit Assigned: Date Assigned: ___/___/___
Date Due: 10 / 22 / 07

Copy of griev # 70880 attached

Response by: [signature] Title: [illegible] Date: 10 / 17 / 07 Time:

FACILITY COMMANDER/DESIGNEE REVIEW: [X] Concur [ ] Reversed

SIGNATURE: [signature] Date: 10 / 17 / 07 Time: 1207

RESPONSE RETURNED TO INMATE: Date: 10 / 17 / 07 Time: By: [signature]

Distribution: White-Administration Canary-Inmate (Final Disposition) Pink-Inmate (Initial Receipt)

21333

FRIENDS OUTSIDE IN SANTA CLARA COUNTY 2/16/2005

Clerk of the United States District Court 130.00

DTL957 - court filing

Peter Godinez filing with court 130.00

Peter Chavez
8C

FRIENDS OUTSIDE IN SANTA CLARA COUNTY

21306

Clerk of the United States District Court 1/28/2005 20.00

1016 · Clearing Account DTL957 Legal paperwork

Legal paperwork 20.00