NC

02-05-2008

U.S. DISTRICT COURT CLERK,

I'm writing you, because I would like to know, the statues of case no. C-076135? Will you please, let me know the statues, of this serious matter, as soon as possible please. **FILED?** *[stamp: FILED FEB 07 2008 RICHARD W. WIEKING CLERK U.S. DISTRICT COURT NO. DIST. OF CA. S.J.]* To the 9th circuit court to appeal this matter, if the judge Ronald M. Whyte, is going to denied my the justice, in this serious matter, as I am entitled to, as the humans that I am. On the beginning of me mailing it to you, this 1983 civil rights complaint, you never, sended me, this case no, either, maybe its because of the truth, it contains. The court is evil in to denying people like me justice, I will print for now on the truth, about the Gov't Neurotech, maybe, the higher courts, would issue me justice. I'm in no hurry, in my life, I have the time, the court has, to proceed with my matter. But I need to know the statues of this matter C-076135, so I can, head to the 9th circuit court, I'm waiting for the statues, from the court on this issue. Will you please, let me know clerk the statues, of this matter please. I highly appreciated. Thank you for your time clerk.

Truly
Pete

KK, 03031558-LTL957

P.S

If you have any documents, that I mailed to you, I actually mailed you a copy of this matter, because I was worried about this matter, since you never sended me, the case no, like the regular court procedure says. If you my copy will you also please mailed to me. Thank you clerk.

THE STATUES ON MY MATTER, U.S. DISTRICT COURT CASE NO-C-076135.

PLEASE

NEIL CHAVES GODINEZ
C-03515585 D.T.L 9511
SANTA CLARA CO DEPT of CORRECTIONS
885 N. SAN PEDRO STREET
SAN JOSE, CALIF. 95110

SAN JOSE CA 951
06 FEB 2008 PM 4 L

UNITED STATES OF [CA] FED C-07-6135

OFFICE OF THE CLERK, U.S DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
280 SOUTH FIRST STREET, ROOM 2112
SAN JOSE, CALIF. 95113-5095